UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

**FILED**

APR 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JANET MARIE DEYERBERG
9824 Georgia Avenue, #102
Silver Spring, Maryland  20902
    Plaintiff

       v.

ERIC HOLDER, ATTORNEY GENERAL
OF THE UNITED STATES and
U.S DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW.
Washington, D.C.
    and
PRESIDENT BARACK OBAMA
1600 Pennsylvania Avenue, N.W.
Washington, D.C.
    And
SENATOR JOHN KERRY
The Capitol
Washington, D.C.
    and
NEWT GINGRICH
Gingrich Communications
1425 K Street, N.W., Suite 350
Washington, D.C.  20006
    and
FORMER ATTORNEY GENERAL
  MUKASAY
c/o US Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.
    and
THOMAS FRIEDMAN
C/O New York Times
1627 I Street, N.W.
Washington, D.C.  20006
    and
MONTGOMERY COUNTY, MARYLAND
2350 Research Boulevard
Rockville, Maryland  20852
    and
DEPARTMENT OF POLICE
MONTGOMERY COUNTY
  GOVERNMENT
2350 Research Boulevard
Rockville, Maryland  20852
    and
CHIEF THOMAS MANGER
Montgomery County Department
 of Police
2350 Research Blvd.
Rockville, MD
    and

)
)
)
)

Case: 1:10-cv-00671
Assigned To : Kessler, Gladys
Assign. Date : 4/28/2010
Description: FOIA/Privacy Act

JURY ACTION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

```
DETECTIVE DAVID WOOLSEY                  )
Montgomery County Department             )
  Of Police                              )
2350 Research Blvd.                       )
Rockville, MD                            )
        and                              )
DETECTIVE RYAN                           )
Montgomery County Department             )
  Of Police                              )
2350 Research Blvd.                       )
Rockville, MD                            )
        and                              )
OFFICER HEDGEWORTH                       )
c/o Montgomery Co. Department            )
  of Police                              )
2350 Research Blvd.                       )
Rockville, MD                            )
        and                              )
OFFICER MICHAEL PELUSO                   )
Montgomery Co. Dept. of Police           )
Seven Locks Road                         )
Rockville, MD                            )
        and                              )
TEE-JAY WOOD                             )
L/K/A: 11607 Elkin St.                    )
Silver Spring, MD  20902                 )
        and                              )
DIANE BANDLER                            )
11607 Elkin Street                        )
Silver Spring, MD  20902                 )
        and                              )
WINNETTE R. SMITH                        )
Winnette R. Smith & Associates           )
1250 Connecticut Avenue, N.W.            )
Washington, D.C.  20036                  )
        and                              )
FEDERAL COMMUNICATIONS                   )
  COMMISSION                             )
445 12$^{th}$ Street, S.W.               )
Washington, D.C.  20554                  )
        and                              )
COMCAST                                  )
Comcast Cable Headquarters               )
One Comcast Center                       )
Philadelphia, PA  19103                  )
Attn.:  Douglas Gaston                   )
        and                              )
YouTube, LLC                             )
901 Cherry Avenue                        )
San Bruno, CA 94066                      )
        and                              )
CNN Turner Broadcasting System, Inc.     )
One CNN Center                           )
Atlanta, GA  30303                       )
        and                              )
FACEBOOK                                 )
1601 S. California Avenue                 )
```

Palo Alto, CA 94306                      )
        and                              )
FOX NEWS CHANNEL                         )
1211 Avenue of the Americas              )
New York, New York                       )
        and                              )
CNN                                      )
Turner Broadcasting System, Inc.         )
One CNN Center                           )
Atlanta, GA  30303                       )
        and                              )
DIRECT TV                                )
2230 East Imperial Highway               )
El Segundo, CA  90245                    )
        and                              )
Robert Mueller, Director,                )
FEDERAL BUREAU OF                        )
  INVESTIGATION                          )
950 Pennsylvania Avenue, N.W.            )
Washington, D.C.                         )
                                         )
                                         )
        Defendants                       )
                                         )

## CRIMINAL COMPLAINT

### THEFT, BRIBERY, OBSTRUCTION OF JUSTICE, CONSPIRACY TO COMMIT A TERROR ACT UPON AN INDIVIDUAL, CONSPIRACY TO DEFRAUD THE UNITED STATES OF AMERICA, CONSPIRACY TO BLACKMAIL AMERICAN CITIZENS AND RESIDENT ALIENS, GOVERNMENT OFFICIALS/"FAMOUS" PEOPLE CRIMINAL INTENT: THE MANUFACTURE OF FILMS AND USING THEM AS EVIDENCE — FAILURE TO PROSECUTE INVASION OF PRIVACY, DEFAMATION

### JURISDICTION

COMES NOW, the Plaintiff, Janet Marie Deyerberg, pro se, and brings forth her Complaint against the Defendants named in the caption, and states herein claims upon which relief may be based, and in support thereof sets forth the following:

1.   That Plaintiff is a resident of Montgomery County, Maryland at the time of the filing of this suit;

2.   That  Defendants  Montgomery  County  and  Montgomery  County
     Department of Police (hereinafter MCPD) are corporations with
     their principal place of business in Montgomery County, State of
     Maryland.

3.   That Chief Thomas Manger upon information is a resident of the
     State of Maryland;

4.   That upon information, Detective David Woolsey is a resident of
     the State of Maryland;

5.   That upon information, Officer Michael Peluso is a resident of
     the State of Maryland;

6.   That upon inforamtion, Officer Hedgeworth is a resident of the
     state of Maryland;

7.   That upon information, Detective Ryan is a resident of the State
     of Maryland;

8.   That upon information, Thomas Friedman is a resident of the State
     of Maryland;

9.   That upon information, Tee-Jay Wood is a resident of the State of
     Maryland;

10.  That upon information, Diane Bandler is a resident of the State
     of Maryland;

11.  That Winnette R. Smith is a resident of the District of Columbia;

12.  That upon information, Senator John Kerry is a resident within
     the Washington Metropolitan area;

4

13.    That upon information, Newt Gingrich is a resident within the Washington Metropolitan area;

14.    That upon information, former Attorney Genteral Mukasay is a resident within the Washington Metropolitan area;

15.    That upon information, Attorney  General Holder is a resident within the Washington Metropolitan area;

16.    That upon information, FBI Director Mueller is a resident within the Washington Metropolitan area;

17.    That President Barac Obama is a resident within the Washington Metropolitan area;

18.    That the Government (inclusive of Department of Justice, Federal Bureau of Investigation, President Obama and Attorney General Holder and former Attorney General Mukasay) is headquartered in Washington, D.C.

19.    That Comcast is a corporation with headquarters in the Philadelphia, Pennsylvania; that Direct TV is a corporation with headquarters in El Segundo, California.

20.    That the Federal Communications is a corporation doing business in Washington, D.C.

21.    That UTube's corporate headquarters are located in San Bruno, California.

22.    That Facebook's corporate headquarters are Los Angeles, California.

23.   That Fox News is a corporation with its headquarters in New York, New York.

24.   That CNN is a corporation with its headquarters in Atlanta, Georgia;

**25.**   That this Court obtains jurisdiction and venue over this matter as the theft, defamation occurred in the District of Columbia when Plaintiff's material was submitted by Defendants to the Government located in Washington, D.C. and others for false credit and the defamation occurred as a result of a request for cash rewards and "secret" though broadcasted hearings which took place in Washington, D.C., the request having been made to the Government by Defendants and said request being granted by the Government.

## COUNT I – THEFT

26.   That on or about Spring of 2007, Detective David Woolsey of the Montgomery County Police Department in Montgomery County, Maryland (hereinafter referred to as MCPD)was commissioned to investigate Plaintiff pursuant to a request from the Washington Post Company;

27.   That Woolsey was the same police officer Plaintiff gave a "police complaint" to in 1999 about what she thought was illegal surveillance and harassment on the part of FBI, The Washington Post Company and her former employer, John McLaughlin, rightly or wrongly; Woolsey wrote back a letter stating he had questioned

6

the list of witnesses to the intrusion, invasion of the neighborhood; **See Exhibit 1.**

28.   Plaintiff's witnesses said he did not come by to question them at all; that Plaintiff thought she saw Detective Woolsey with a shaven head in August 2006 when MCPD were summoned to her apartment complex on a false alarm; that it is at that time she met Officer Hedgeworth; that Plaintiff pointed to the shaven head officer and asked if he knew her, and vice versa; that the officer said he did not know Plaintiff; that Plaintiff learned it was Detective Woolsey;

29.   That Detective Woolsey alleged to the Government on or about 2007 and the years that followed that he was involved with Plaintiff; that in so doing committed perjury; that had Detective Woolsey known Plaintiff, he would have had to have recused himself from investigating her for The Washington Post in 2007;

30.   That Detective Woolsey questioned Plaintiff's neighbors, current and former, and former employers doing business in the District of Columbia about Plaintiff in 2007 as stated pursuant to the request of The Washington Post Company to carry out a formal police investigation on Plaintiff; that Bob Woodward joined by Tony Kornheiser in 2000 had been surveilling Plaintiff for her entire adult life and knew all there was to know about her but nonetheless sought a police investigation;

31.   That Detective Woolsey gathered material Plaintiff had written and submitted to her Board of Directors at Americana Finnmark

Condominium in Silver Spring, Maryland, and from her former neighbor, Diane Bandler, in Wheaton, Maryland;

32. That on or about October of 2007, Detective Woolsey brought a witness to the investigation, Plaintiff's former neighbor, Diane Bandler to Capitol Hill (Washington, D.C.) media and Hollywood celebrities with a "blackmail protection bill;"

33. That the blackmail protection bill was among items Plaintiff had submitted to her Board of Directors and made note of in a letter to the witness, Diane Bandler, dated June 7, 2007; **See Exhibit 2.**

34. That Woolsey and Bandler went to Capitol Hill and media celebrities laying claim to the material as his/her own, failing to reveal the source was Plaintiff; that in so doing, they committed theft;

35. That Detective Woolsey wrote and had published a book on or about 2008;

36. That the book included some of the items set forth in **Exhibit 3**, a list of items Plaintiff is writing on;

37. That the police investigation of Plaintiff had not ended;

38. That Detective Woolsey accessed her vehicle and home to gather further information; that he put Plaintiff's material in the book he published;

8

39.   That Detective Woolsey obtained a consulting contract with one or
      more Capitol Hill lawmakers in the years 2007 and 2008; that he
      is currently upon information working for FBI;

## NEGLIGENCE OF FBI – PERPETUATION OF FRAUD

40.   That Robert Mueller is negligent in hiring Detective Woolsey and
      or MCPD Defendants because he failed to scope out and investigate
      the false story about Plaintiff; he obstructs justice by
      employing the Detective and MCPD Defendants to work in matters
      concerning Plaintiff, The Washington Post Company; that "search
      and replace" films were made and new "search and replace" films
      are currently in progress upon information some being made in
      Plaintiff's residence in her absence, perhaps being papered as
      "FBI" films and are not legitimate; that the "investigator(s)"
      have committed phone tamper and have diverted her calls and put
      together "phony" conversations, upon information; that voice
      mails of threat were put onto "famous" people's phone lines; that
      MCPD, Defendants are in pursuit of a deliberate frame of
      Plaintiff; that they fail to question Plaintiff; that in so
      doing, FBI is perpetuating a fraudulent investigation of
      Plaintiff and the deliberate frame;

41.   That Detective Woolsey received the job offers based on
      Plaintiff's work, and received false credit for her material;

42.   That upon information, Detective Woolsey appeared on Fox News and
      spoke about the material he presented to Capitol Hill and media
      celebrities;

43. That the source of the material was Plaintiff, and Detective Woolsey made claim to the material as his own findings, collections, research;

44. That Detective Woolsey and Diane Bandler were gifted a movie deal and book deals on the material they presented in on or about 2007;

45. That the movie and book deals, the movie deal especially enriched Woolsey and Bandler in the millions; that they were gifted on the basis of fraud and theft;

46. That a second MCPD Detective, Detective Ryan, on or about 2008, went to Capitol Hill seeking a book and movie on the serial sniper story of October 2002; that Detective Ryan was the investigating officer of Plaintiff's renter's death in 2002 and stated to Plaintiff by phone that her son did not wish an investigation; that she relayed her problems with the Washington Post Company's surveillance;

47. That Detective Ryan expressed no interest and he referred her to the Chief of Police in Wheaton, at that time, Chief Fitzgerald; that it is suspicious that Detective Ryan came into Plaintiff's investigation five (5) years later, in 2007;

48. Plaintiff has not met or seen in person Detective Ryan, but as stated, did speak to him by phone in 2002;

49. That Detective Ryan, too, was gifted a book and movie deal;

50. That Plaintiff had just completed writing the Sniper story in November of 2007, stating that she believed there was someone

popping up in the laptop in the back of the car directing the shootings;

51.    That upon information, Detective Ryan stole the Sniper story via cyber theft and or gained access to her unit and perhaps placed a police sensor within her computer; that her book, "Three Weeks in October" by Chief Moose was stolen from her home thereafter;

52.    That the investigation of Plaintiff was still ongoing;

53.    That Detective Ryan failed to reveal the source of the Sniper story was Plaintiff;

54.    That in 2008, if not before, a fourth and a fifth MCPD Officer, Officer Peluso and Officer Hedgeworth gained access to Plaintiff's residence and took items she had collected and written;

55.    That Peluso and Hedgeworth also sought and received book and movie deals;

56.    That upon information Peluso stole the Danny Pearl story written by Plaintiff;

57.    That Officer Peluso became involved with Plaintiff's witness, Rosa Deas at Seminary Beer & Wine deli in Silver Spring, Maryland;

58.    That upon information, he and Thomas Friedman paid Rosa Deas, Jose and Ben and others who worked there sums of money; that in so doing, they bribed the witnesses;

59.   That Plaintiff met Officer Peluso when he was summoned to
      Montgomery Animal Hospital in July of 2008 because she had taken
      a photo of staff huddled around the fax machine awaiting her
      dog's records; that he transported her in handcuffs to the Crisis
      Center where she was questioned; that he transported her back to
      her vehicle; that Plaintiff never saw Officer Peluso again;

60.   That Plaintiff suspects the officers were working together and or
      knew each other personally;

61.   That on or about 2009, upon information, Thomas Friedman of the
      New York Times sought and obtained a job with the Obama
      administration;

62.   That upon information, in the scope of his working for the
      government, Thomas Friedman undertook an investigation of
      Plaintiff;

63.   That upon information, Thomas Friedman was able to access her
      computer and home in the same capacity as MCPD;

64.   That he questioned her neighbors, community members and family
      about Plaintiff; that he became involved with "Jose's" wife or
      former wife, who worked at Seminary Beer & Wine Deli in Silver
      Spring, Maryland; that they were witnesses to the story about
      Plaintiff, Jose having given Plaintiff the information that she
      was the subject of a news story;

65.   That in so doing, he defamed Plaintiff; that upon information he
      played a part of the "scripting" of the witnesses who came before
      the Government in the "secret" yet broadcasted investigation of

12

herself; that he could have a book he is readying for publishing that could be along the theme of what Plaintiff is writing;

66.   That Plaintiff has not met or seen Thomas Friedman in person;

67.   That said material was and is police evidence, and the use of such especially in failing to reveal the source was theft on the part of the four (4) law enforcement officers and in the first theft, Bandler, on the part of a witness, and could involve Friedman, as well;

68.   That Plaintiff had intended on submitting the material she so carefully kept and carried with her to the Government in the hope of becoming gainfully employed, and had hopes she would have been given the accolades of praise fraudulently bestowed upon Detective Woolsey, the false witness, Diane Bandler, and Detective Ryan, Officer Hedgeworth and Officer Peluso;

69.   That members of MCPD and Defendants were enriched in perhaps over a million dollars each with their seeking and receiving motion picture deals based on police evidence, that was, material Plaintiff had collected and written, in an investigation of Plaintiff which to date has still not ended;

## COUNT II:  BRIBERY

70.   That after Detective Woolsey and MCPD questioned her neighbors and her former employers, they invited many to invest and or be a part of a motion picture and receive monetary funds;

71.    That the investigation was still ongoing at the time the
       invitations were offered; that in so doing they committed bribery
       of the witnesses;

## COUNT III:  PERJURY, OBSTRUCTION OF JUSTICE

72.    That upon information, Defendants Detective Woolsey, Detective
       Ryan, Officer Hedgeworth, Officer Peluso, Tee-Jay Wood and Thomas
       Friedman alleged personal relationships with Plaintiff and stated
       she gave them her material;

73.    That upon information, Detective Woolsey, Detective Ryan, Officer
       Hedgeworth and Officer Peluso and Thomas Friedman and Tee-Jay
       Wood stated their children knew Plaintiff; that Defendants above
       named brought their children to testify of such to the
       Government;

74.    That upon information, Detective Woolsey, Detective Ryan, Officer
       Hedgeworth and Officer Peluso and Thomas Friedman and Tee-Jay
       Wood stated their children had been abused by Plaintiff;

75.    That upon information, other MCPD officers did the same as
       Friedman, Wood and MCPD Defendants herein named, that is, they
       stated their children were known to Plaintiff and or Plaintiff
       abused their children;

76.    That Plaintiff has not met any children of Detective Woolsey,
       Detective Ryan, Officer Hedgeworth, Officer Peluso, or any other
       police officer or Tee-Jay Wood or Thomas Friedman;

77.    That Plaintiff has not met Detective Ryan, Chief Manger or Thomas
       Friedman and has not seen them in person;

78.    That  Detective  Woolsey,  Detective  Ryan,  Officer  Hedgeworth,
       Officer Peluso, Chief Manger, Tee-Jay Wood and Thomas Friedman
       committed perjury in stating they were involved with Plaintiff
       and or their children knew Plaintiff;

79.    That  because  Detective  Woolsey,  Detective  Ryan,  Officer
       Hedgeworth,  Chief  Manger  and  Thomas  Friedman  alleged
       relationships with Plaintiff, by law they were forbidden to
       investigate her; that in so doing they committed obstruction of
       justice;

80.    That Attorney Generals Mukasay and Holder, the President and the
       Government obstructed justice by permitting MCPD, Defendants to
       investigate Plaintiff in light of their alleging relationships or
       acquaintances with Plaintiff;

81.    That even if MCPD, Defendants confessed that they did not know or
       have relationships with Plaintiff they still would be guilty of
       perjury and subject to imprisonment and fine;

### COUNT IV:  EVIDENCE TAMPER
### THE MANUFACTURING OF VIDEOTAPES,
### FALSE STATEMENTS,
### PRESENTING THEM AS POLICE EVIDENCE
### PHONE TAMPER, FALSE THREATS FOR PROFIT

82.    That MCPD Defendants were assisted by Tony Kornheiser, upon
       information who master-minded the manufactured films; that upon
       information Tony Kornheiser and Bob Woodward have access to
       "vault" films kept on all of us housed by a Federal agency; that
       they shared their access with MCPD Defendants, Friedman; that the
       films  assisted  in  the  construction  of  the  "phony"  films  of

Plaintiff inclusive of her abusing her little dog, other animals and children; that upon information Tony Kornheiser and Detective Woolsey were behind the grotesque manufactured films of Plaintiff, using a "search and replace" mechanism, depicting Plaintiff as a porn star, a prostitute, and an abuser of children and animals, a practitioner of "voodoo;" that upon information, MCPD and Defendants are in the films with Plaintiff;

83.    That Plaintiff became visually upset and emotional upon receiving statements of the news report and films and MCPD and Defendants filmed her emotional upsetment, humiliation and broadcasted it to depict Plaintiff as a dangerous suspect who had committed heinous acts, and spread a false story that she was hated by a terrorist;

84.    That in the manufacturing of films, MCPD, Defendants tampered with evidence; that MCPD, Defendants did not admit that the films were manufactured; that as stated, MCPD Defendants were in the films with Plaintiff; that in not admitting they were manufactured they are suspects in their making;

85.    That MCPD and Defendants brought the films to the Government;

86.    That MCPD upon information, Detective Woolsey had jurisdiction of Plaintiff's telephone; that he constructed voice mails of threat and placed them on the voice mails of "famous" people;

87.    That MCPD Defendants perpetuated a false story that Plaintiff was involved in voodoo; that upon illegally entering her home they saw three articles she thumb tacked to a paper box in a photo

16

collage, in June, 2007, the articles being 1) The Washington Post, Style, September 1, 2006 depiction of a skeleton with the caption "They Warned You;" a photograph of Bob Woodward about the Judith Miller-Valerie Plame story with the caption, "Setting Fire to Another Messenger;" and a photograph of Tony Kornheiser's book jacket cover, "I'm Back for More Cash;" that Plaintiff showed the photo collage to inspectors of Beltway Chevron who were re-inspecting her vehicle and told them "that [the photo collage] is the source of your blackmail;" that Plaintiff had placed the articles over brown envelopes containing the CTs indicating she had lung nodules in her vehicle; that she displayed the photo collage in the same manner as people display messages they want to convey on their car bumpers; that because the articles were thumb tacked upon information, Officers Peluso and Hedgeworth accused Plaintiff of engaging in voodoo; that Plaintiff further learned of the phony "voodoo" allegation, and "blind lies" when in March of 2009 she picked up her new glasses and staff were directed to give the case to her with a staple in it; the very act was painfully defaming; that MCPD went into her home and removed the stapled case from her residence, and then returned it with a second staple in it;   **See Exhibit 4.**

88.    That MCPD and Defendants inclusive of Detective Woolsey, and or Chief Manger and or Officer Peluso and or Officer Hedgeworth appeared on ABC News and Fox News and or CNN stating they had learned they had cancer and or suffered vision losses;

89.    That MCPD and Defendants attributed their ills to Plaintiff;

90.   That MCPD Defendants upon information were in the broadcasted
      story on television and internet and upon information, Officer
      Peluso caused the story to be broadcast on the Hispanic
      television stations, that Plaintiff had committed a crime of
      moral turpitude; that they appeared in a news report with
      Plaintiff's photo and story and alerted the public that a) she
      was a dangerous murder suspect; b) that she could be carrying a
      weapon in her suitcase of papers she carried with her; c) that
      she was a prostitute with nowhere to live; d) that she was a
      pedophile; e) that her dog was in need of help; that Plaintiff
      found out when people began giving her looks of disgust and
      fright, and left the bus stop when they saw her; that a few
      people told her of the disturbing news report and the "films;"

91.   That MCPD Defendants knew the story was not true; that they were
      actively surveilling her; that they had committed cyber and other
      theft of her material before the television news story of 2008,
      and knew she owned her own condominium; had no weapon in her
      suitcase; was not a prostitute; did not abuse her dog; did not
      abuse children; was not involved in matters of the occult;

92.   That MCPD and Defendants sought to have "secret hearings" on
      Plaintiff and sought and received cash rewards to pay people who
      called in information on Plaintiff from the Government in 2009;

93.   That MCPD Defendants' seeking reward money for callers was an
      attempt to "mix funds" and cover up the bribery and pay out of
      movie proceeds from the year(s) prior to Plaintiff's neighbors
      and employers who were MCPD witnesses to the investigation;

18

### COUNT V:   BROADCAST OF MANUFACTURED VIDEOTAPES, FALSE STATEMENTS FOR PROFIT, INVASION OF PRIVACY, DEFAMATION, NEGLIGENCE

94.    That the grotesque films of pornography, child abuse and animal abuse were broadcast on cable television stations inclusive of Direct TV, Comcast,  and Internet, U-Tube and Face Book; that the cable and Internet sites are guilty of invasion of privacy and defamation by permitting their broadcast;

95.    That Plaintiff alerted the Federal Communications Commission and Comcast and Facebook via letters and phone calls in an effort to stop the broadcast in 2008-09; that the films continued to be broadcast; that such broadcast was an invasion of her privacy; that the films have irreparably harmed her; See **Exhibit 5**;

96.    That the Government inclusive of the Department of Justice, Attorney General Holder and President Obama granted MCPD Defendants' request for funds to pay out "reward money" to the public for information about Plaintiff;

97.    That Plaintiff mailed Attorney General Holder a letter dated November 4, 2009 seeking cash rewards, herself, for information about herself but as yet has not heard back; See **Exhibit 6**;

98.    That the Government paid out millions of dollars to people phoning in and held "secret hearings" in which people appeared before them with information about Plaintiff; that the "witnesses" were paid; that such act was bribery and negligent;

99.   That MCPD, Defendants paid Plaintiff's neighbors and former neighbors money simply because she had lived in her communities, i.e., Montgomery and Prince George's Counties;

100.  That as stated, MCPD Defendants Woosley, Manger, Hedgeworth, Peluso, Ryan and MCPD paid themselves reward money, and were further enriched by gifted movie deal(s) on the false story they spread about her causing them their ills; and in 2009 and perhaps 2010, additional movie opportunities were bestowed upon them; that their entry into the motion picture industry while continuing to investigate Plaintiff is extremely suspect and worthy of investigation;

101.  That Officer Hedgeworth upon information was gifted a book deal from Ophra Winfrey; that Officer Peluso was also gifted a book deal upon information on Plaintiff's Danny Pearl story;

102.  That despite Plaintiff's request to Attorney General Holder by letter of November 4, 2009, upon information Defendants have not been barred from publishing books; MCPD current and former, Friedman, others continue to surveil and steal; that in so allowing, the Attorney General is endorsing and condoning the theft;

103.  That upon information, the false story about Plaintiff has resulted in MCPD Defendants, accruing millions of dollars;

104.  That as stated in 2009, the Government held hearings on Plaintiff, and continue to do so currently;

105. That the hearings on Plaintiff were broadcast on Internet and cable television channels on Direct TV, Comcast, U-Tube and carriers;

106. That the broadcast of the "secret hearings" and films of Plaintiff was and is extremely defaming; that the broadcast of the films has irreparably harmed her;

107. That Plaintiff's image was shown on people's television screen with a number to call with reports about her for reward money;

108. That the search and replace films were broadcast commensurate with the "secret hearings" on Plaintiff;

109. That in permitting the broadcast of the films and secret hearings the Government obstructed justice and was negligent; that the broadcast of such upon information could have caused people to phone in "lies" with ease;

110. That the Government could have prevented the broadcast of the films and secret hearings and chose not to;

111. That Plaintiff believes certain people within the so-called "secret" Government agencies are practitioners of magic on a national security level; that she found further hint in the jacket cover of the book, "Company" about the plan to accuse Plaintiff of things that have nothing to do with her which is exactly what is occurring at the present time; See **Exhibit 7**;

### A Death Cult

112.  That Plaintiff was not hiding or refusing questions; that if the
      Government or local police department sought information they
      should have asked her directly; that upon asking Plaintiff
      directly she would have alerted them to a death cult she found
      within The Washington Post Company newspaper and other print
      media seemingly  celebrating deaths of people known to Plaintiff,
      and certain celebrities, i.e., "famous" people, and would thereby
      have eliminated the need for "secret hearings" - unprecedented -
      on Plaintiff causing her shame and embarrassment; that she
      attaches as **Exhibit 8** some of the items she has found in print
      media in support of her contention that it is a covert group who
      deliberately cause and or celebrate deaths who chose to falsely
      cast blame onto Plaintiff;

113.  That she attaches the material not to be scandalous but rather in
      an attempt to clear her name of the painful, false allegations,
      the subject of "secret hearings;" that Plaintiff believes it is
      because she collected and intended to submit the material that
      the group she uncovered made a spectacle of her with the parading
      of grotesque screen images of her on the television-web screen,
      to depict her as a "monster;"

114.  That Plaintiff wrote former Attorney General Mukasay a letter in
      July of 2008 of complaint about MCPD harassment and constant
      sirens; that the sirens worsened thereafter; that helicopters,
      planes and jets were used as harassing devices and continue to
      cause alarm in the community; that upon information, he permitted
      MCPD to surveil Plaintiff and her unit/vehicle(s) 24/7, and upon

22

information as stated gave them national security power; they began popping up into people's cell phone screens and television and computer screens, and people were told to consult their screens upon seeing Plaintiff; that such was and is painfully defaming;

### Gasses/Chemicals in Electric Sockets to Cause Deaths

115. That upon the Government's questioning Plaintiff she would have advised them that upon information sensors containing gasses and chemicals placed in electric sockets are the cause of cancers, Parkinsons, hearPet problems, vision losses and birth defects; that there are some who have been given national security power and by which have the ability to access the electricity of engines, any power source and cause motor vehicle and aviation accidents and power outages causing deaths; that there are some with national security power who can also affect the weather via perhaps electromagnetic waves forcing winds, causing major weather catastrophies resulting in deaths; that upon information former Attorney General Mukasay gave MCPD Defendants as stated national security power inclusive of permission to surveill Plaintiff legally in the summer of 2008 and the directive was carried over into the Obama Administration;

### COUNT VI:  ENGAGEMENT IN BIOTERRORISM:

### GASEOUS AND CHEMICAL POISON ON AN INDIVIDIUAL AND HER RESIDENCE-VEHICLES-COMMUNITY, USE OF TORTURE

116. That MCPD went to the Government, sought and received authority to use torture and biological weapons inclusive of gas on

23

Plaintiff; that in so doing it was unlawful, pursuant to U.S. Code, Title 18, Section 175;

117.   That MCPD, and Defendants placed noise sensors to "tape" her thoughts in her home which was and still is very painful to Plaintiff and embarrassing and humiliating; that they use sound devices inclusive of "hurt" or "tortured" "birds" and "horses," and militaristic sound beams in the electric lights outside her unit to further intimidate and embarrass Plaintiff in front of her neighbors; that the torturous sounds cause Plaintiff to scream out; that MCPD put an alert to her neighbors to call them should they observe Plaintiff having a negative reaction to it all; that the very act was and is extremely defaming to Plaintiff and is a horrific invasion of her privacy; that Plaintiff is seeing a therapist to help her cope with the humiliation and her compulsion to incessantly talk at loud to the surveillers, to avert the constant "attack," and clear her name which is exhausting and very emotionally painful; See **Exhibit 9**;

118.   That in furtherance of clearing her name of the phony "voodoo" allegations, she attaches as **Exhibit 10** her door mat which someone took overnight on or about summer of 2007 which had the word "DEATH" on the reverse side in either sugar or salt; that Plaintiff herself had a near fatal car accident in November of 2007 in which her vehicle was a total loss; that MCPD were actively if not legally surveilling her at the time;

119.   That upon information, the text of her incessant "babble" – "venting" to the surveillance audience was placed into phony

24

films and or voice mails to further allege relationships that did
not exist and or "threats" that were not made;

120.   That in the late Spring of 2008, Plaintiff had to evacuate her
unit due to a heavy gaseous substance permeating the air within;
that upon information, Detective Woolsey with the help of her
neighbor constructed a shunt device in which people with keys to
her upstairs neighbors' apartments were directed to place bleach
into her water-gas line in an attempt to disable her breathing;
that she received a hint from a scripted "encoded" office note
left at her door, and a Gene Weingarten column; see **Exhibit 11**;
that MCPD were actively if not legally surveilling her at the
time;

121.   That MCPD Defendants placed sensors emitting gas and chemicals in
her electric sockets in her home and vehicle(s);

122.   That MCPD in so doing are suspects in the gaseous poisoning on
the general public in the D.C. area and perhaps the source of the
network spreading to other states;

123.   That Plaintiff came down with lung nodules diagnosed by CT of her
chest on September 1, 2006 and attributes it to chemical dusting
MCPD and or their agents-co-conspirators placed on her stand up
fan to kill her; she took leave of her unit after the first
gaseous attack in Spring of 2008 and slept on her patio; during
that summer she swept up particles of dust from her patio after
suffering a sore throat which could have been chemical "dusting;"

124.   That Plaintiff has also had other troubling neurological symptoms
       as a result of the gaseous poisoning inflicted upon her by MCPD,
       namely severe muscle pain; she also has suffered vision loss due
       to the gaseous fumes placed in her unit which prevent her from
       driving on I-95; that her little dog (put to sleep 2008 at age
       16) lost his sight in 2008, and had a heart murmur diagnosed in
       December of 2006 for which he was placed on medication; that
       Plaintiff believes the problems were gas-related;

125.   That not only was Plaintiff's condominium unit gaseously
       contaminated, but also her vehicle(s) from on or about 2007
       forward;

126.   That on two occasions in 2009 Plaintiff was caused to vomit over
       a period of approximately four (4) hours due to gas inflicted on
       her through the vents; that she researched it and CS gas causes
       immediate vomiting; that such vomiting could have ended her life;

127.   That in May of 2009, Plaintiff was again afflicted by gas fumes
       causing her to continually drink water to breathe and as a result
       was admitted to Suburban Hospital and kept over night for a
       sodium deficiency;

128.   That upon information as a result of the gaseous poisons in the
       electricity placed indirectly or directly by MCPD Defendants,
       three people in her building have died, two in their 40's, one in
       November 2006 (heart attack), the other in January 2009
       (diabetic); the third in her '80's, of a heart condition which
       progressively got worse and necessitated the use of oxygen in

February, 2010; that two others in a neighboring building also died, one in 2008, and one in 2009, the first in his 70's, the second in his 60's;

129. That the fumes have aired out since the gas attack in late spring of 2008 that necessitated her evacuating for some months; that she does not keep her air or heat on for extended periods of time and has shut off her pilot light on her stove;

130. That the gaseous sensors were not just in Plaintiff's residence but also in public places; that the deli clerk who told her about the news report began to have several disturbing symptoms a) stepped strangely on her foot necessitating a cast; b) eye problems, cataracts; c) a pinched nerve; d) was hospitalized by unexplained vomiting after 10 days diagnosed as spinal meningitis;

131. That Plaintiff in October 2009 went to police headquarters to a meeting she set up with Internal Affairs Officer Davis with regard to the broadcasted allegations seeking to be questioned; that she was told to wait in the lobby; that the air conditioning was on and she felt faint; that the officer told her it was nothing out of the ordinary; that she sought to cancel the meeting but was detained for evaluation by a mental health professional before being allowed to leave; that the gas emanating from the police lobby which one assumes is monitored by police 24/7 is suspect;

132. That in so inflicting poisonous gasses, chemicals on Plaintiff and her neighbors, MCPD Defendants are guilty of attempted murder; and Murder I - in process, deliberate, and planned; that in so doing they are also guilty of a terror act upon an individual and her community;

133. That MCPD got authority from President Obama and the Government to use gas against Plaintiff, and as stated, others in her community became sickened or died; that the Government is criminally negligent in so doing;

134. That MCPD Defendants are at fault for bringing the false story about Plaintiff to the Government's attention, and unduly influencing the Government with their own lies, statements of perjury;

### COUNT VII: CENSORSHIP, FORBIDDEN RIGHTS OF FREE SPEECH AND RIGHT TO COUNSEL UNDER THE CONSTITUTION, INABILITY TO GAIN AND KEEP EMPLOYMENT, ECONOMIC LOSS

135. That Plaintiff attempted to secure counsel when she learned she was accused of criminal behavior; that every lawyer she contacted was directed to decline representing her, and either she never heard back or she was told that she must be "charged" first; that such is a violation of her Constitutional rights; that as a former legal assistant-secretary she knows that is not true at all, and gives the example of the anthrax person of interest who was permitted counsel; that such is proof that the allegations are scandalous and not true and the scam against her was deliberate because of her political views, and because of the

28

theft by MCPD Defendants; that she sought an investigator and was told that since it was a police investigation, they were forbidden to assist her;

136. That Plaintiff is writing material entitled, "Unveiling the Code" [of media] and is prevented oft times from reaching an Internet site; a police sensor has been placed in her electric sockets and periodically shuts off her computer;

137. That the police sensor caused her to lose a job in 2010 due to computer failure and email tamper; that in accessing her email they caused uncorrected versions of her work to be transmitted to the client; that the client alerted Plaintiff that upon her final attempt to email Plaintiff, the transmission had failed; that MCPD, Defendants are deliberately trying to keep Plaintiff unemployed and she continues to suffer an economic loss due to lack of gainful employment; that in light of the broadcasted story she is unlikely to be hired for long or at all;

138. That she has attempted emails to a publisher and a media celebrity and the emails were aborted by the police sensor and were noted in her email send column that they were undeliverable permanently; that her attempts to fax via her printer were also permanently blocked;   See **Exhibit 12**;

139. That the Constitution provides that every citizen has the right to counsel and free speech; that MCPD and Defendants and the Government have broken the law and harmed Plaintiff in their denial of her Constitutional rights;

### COUNT VIII: CONSPIRACY TO DEFRAUD THE UNITED STATES, CONSPIRACY TO BLACKMAIL PUBLIC OFFICIALS AND THE GENERAL PUBLIC

140. That MCPD Defendants sought and obtained Government jobs surveilling, investigating Plaintiff to whom they stated they were acquainted; that in so doing they were obstructing justice and could be construed as blackmailing the Government; that the Government hired them willfully knowing it was unlawful; that if a job surveiling Plaintiff was necessary, thousands would apply who have nothing to do with Plaintiff whatsoever;

141. That in bringing manufactured videos, false information about Plaintiff and false witnesses to the Government, MCPD and Defendants willfully conspired to defraud the United States of America;

142. That in so doing they coerced the general public into believing that the United States had been attacked by a terrorist, and advised the general public to keep careful watch of their cell phone, computer and television screens for further updates; and to look at their cell phone upon seeing Plaintiff;

143. That the fact is, it is none other than MCPD Defendants and aforesaid reporters themselves, some of whom upon information are aligned with a group adversarial to the United States, who obtained national security power to pop up to the public, scripting, directing where to park, directing turning their headlights on during the day, and upon information are currently directing those who are not a party to this lawsuit to go inside of Plaintiff's unit to construct "films," or take Plaintiff's

vehicle(s) off the lot at night; that this is all being done
under the 24/7 surveilling power of Defendants, MCPD;

144.   That upon information public officials met and had personal
       relationships with people who were known to Plaintiff; that the
       women were chosen upon information by a third party surveilling
       Plaintiff; that the selection of the women was willful and
       deliberate in an attempt to ensure no one took the side of
       Plaintiff; that if they did, they could be embarrassed if the
       women admitted it; that such was an attempt to blackmail public
       officials by MCPD, Defendants, aforesaid reporters;

145.   That public officials stated upon information that they knew and
       had a personal relationship with Plaintiff; that Plaintiff did
       not have any personal relationships with law enforcement
       officers, public officials or famous men or women;

146.   That MCPD and Defendants are suspect in blackmailing the public
       officials into stating they know or had relationships with
       Plaintiff to cover up their theft and phony story that a
       terrorist has it in for her, and to avoid blame for the false
       story and manufactured videos they participated in making of her;

147.   That Plaintiff has not met President Obama; that Plaintiff is
       uncertain as to whether he has alleged a relationship or a
       meeting with Plaintiff;

148.   That Senator John Kerry of Massachusetts upon information has
       alleged a relationship with Plaintiff; that Plaintiff has not met

Senator Kerry; that she faxed her final blackmail protection bill to him and Speaker Nancy Pelosi and President Bush-Vice President Cheney in January of 2008, making note of the theft; that she dropped off a notebook to his office about the MCPD theft-videography scam to share with the Senate Foreign Relations Committee in August of 2009 but did not meet him;

149. That Newt Gingrich upon information alleged a relationship with Plaintiff that did not exist; that in so doing, he is guilty of perjury; that Plaintiff saw him shaking hands at the Shrine of the Immaculate Conception in November of 2008 with whom she assumed was his wife and gave him a few pieces she had written; she called to follow up and ask about employment, was sent to a staff member's voice mail and never heard back;

150. That in so alleging meeting and or having personal relationships with Plaintiff, Senator Kerry is guilty of perjury;

151. That in so alleging having had a meeting or personal relationship with Plaintiff, Newt Gingrich is guilty of perjury;

152. That in the broadcast of the "secret hearings" on Plaintiff, the false statements of the government/media celebrities have cast her in a false, negative light in front of all of those who know her, and all of those who have yet to meet her, and jeopardize her ability to become employed;

153. That MCPD Defendants upon information followed in Plaintiff's
     tracks and went to Senator Kerry and Newt Gingrich and other
     media people for collaboration on their gifted book deals;

154. That Plaintiff and her residence has been under siege by MCPD
     since 2007 if not before and Plaintiff had no personal
     relationships with anyone; that friendships were not possible due
     to the defame; that if films of such exist of such then they are
     criminal in their manufacture, that being, evidence tampering;

155. That upon information, more "manufactured" films are in progress;
     that upon information neighbors have been given access to her
     unit; that she found her new little puppy dazed and drugged after
     she had left him alone in the unit; that she has found missing
     clothes, sometimes later returned; that she has observed water in
     her tub after returning to her unit at night; that cement
     circular patches were placed in her patio on 9/10/08; that she
     noticed the same circular patches down town on K Street the next
     day in front of a construction site; thereafter in front of
     Staples, and along her wall in her corridor in 2009; that since
     the MCPD police investigation of her commenced in 2007, her
     vehicle(s) were removed from the parking lot directly facing her
     unit and maliciously vandalized inclusive of breaking the AC,
     odometer, axles, and at times placed back on her lot without gas,
     and at times placing a substance into her gas tank causing her to
     feel faint, one time to the degree she gave up driving the
     vehicle completely for months; that as stated, MCPD has
     authorized 24 hour surveillance of her unit obtained in 2008;
     unauthorized, before then; and there is a police sensor in her

unit as well which is suggestive proof that MCPD are behind the
perpetuation of the "frame" on Plaintiff; that she received a
statement from her neighbor about entering her unit; that her
neighbor is related upon information to an MCPD officer; that
upon information the officer planned to enter or did enter her
unit with his children; **See Exhibits 13 and 14.**

156.   That as stated, the Government failed to question Plaintiff; that
       if the Government alleged they knew Plaintiff, a third party
       should have been appointed to question Plaintiff;

157.   That as stated, upon questioning Plaintiff, further Governmental
       investigation of her would not be necessary;

158.   That as stated MCPD Defendants and upon information Thomas
       Friedman went to the Government seeking millions of dollars to
       offer cash rewards for information about her; that Plaintiff was
       not missing, was not hiding, was not refusing to answer
       questions;

159.   That upon information MCPD and Thomas Friedman paid themselves
       reward money and are now very wealthy as a result of lies about
       Plaintiff; that upon information, Plaintiff's niece and nephew
       have also received reward money; that upon information her
       witnesses from the Silver Spring deli have also been paid; that
       the reward money was based on their reading a script prepared by
       one of MCPD, Defendants; or just plain "hush money" so to speak;

160.   That as a result of all of the money expended, Montgomery County
       and Prince George's County experienced a shortfall in the budget,
       necessitating closure of the public libraries for 10 days over
       the Christmas holiday when children are home from school; and
       hours in general of the public libraries have been drastically
       reduced; that people truly in need in other parts of the United
       States could have used the upon information $100 million
       allocated to the "defamation trial" of Plaintiff;


**Other False Witnesses**

161.   That such expenditure yielded false and suspicious stories of
       vision problems, and venereal disease exposure, voodoo and child-
       animal abuse;  that community members brought their children to
       the secret hearings of Plaintiff in 2009 and 2010 and their
       children stated that not only did they know Plaintiff, but that
       Plaintiff abused them; that such claims were broadcasted; that
       some witnesses were paid; that the broadcast has irreparably
       harmed Plaintiff; that upon the sight of her people think she is
       a pedophile without morals, that she is sickened with an oral
       sexual virus; that after the broadcast and continuing, some
       people are directed to wipe their mouths and or their nose at the
       site of her; that MCPD Defendants are directing this via their
       cell phone screens;

162.   That Defendant Tee-Jay Wood, who lived above her from November
       2000 to June 2003 upon information stated to MCPD, Government
       authorities that he had a personal relationship with Plaintiff
       and upon information stated she had given birth to his child, and

                                    35

that Plaintiff had abused his children; that upon information his
children stated same at the "secret hearings;"

163. That Plaintiff does not know Wood on a personal basis and does
not know his children; that upon information Wood was working
with The Washington Post Company and following Plaintiff from
residence to residence and stealing her material; that Wood also
obtained false credit for Plaintiff's writings and upon
information a government job on or about 2009; that he may have
produced a book or report containing the items in Exhibit 3 of
which the source was and is Plaintiff; that such is theft, false
credit; that Plaintiff can prove she has never been pregnant,
has never given birth to a child; that in stating otherwise Wood
committed evidence tamper, perjury;

164. That as stated Defendant Diane Bandler, Plaintiff's former
neighbor who lived next to Defendant Wood, as stated made claim
to Plaintiff's material as her own in 2007 after she was met by
Detective Woolsey who was investigating Plaintiff; that Diane
Bandler in April of 2002 made false statements to the Montgomery
County Crisis Center which caused Plaintiff to be hospitalized
for three (3) days and to lose her job; that Bandler made the
statements from a script prepared by a third party, upon
information, Bob Woodward;

165. That Diane Bandler repeating the false statements in the ongoing
police investigation of Plaintiff is perjury;

36

166.  That upon information it is Diane Bandler and not Plaintiff, who
      became close friends with Plaintiff's sister's minor daughter;

167.  That upon information, Bandler unduly influenced Plaintiff's
      sister's minor daughter in Brentwood, Maryland, after Plaintiff
      had just moved out of her sister's house there in fall of 2004;
      that upon information Bandler made monetary gifts and or provided
      an ATM card to Plaintiff's former Brentwood neighbors; that upon
      information, she was involved in a prostitution ring servicing
      Capitol Hill lawmakers;

168.  That upon information, Bandler brought Detective Woolsey to meet
      her new friends, Plaintiff's former neighbors, in Brentwood in
      2007;

169.  That upon information, Plaintiff's former neighbors in Brentwood
      have been blackmailed and or bribed into making false statements
      about Plaintiff who only lived there for a short time, i.e., June
      2003 to late November 2004;

170.  That upon information a murder warrant exists for Diane Bandler
      for the murder of her son's father in the state of Florida;

### Hidden Funds - Motion Picture Industry

171.  That Diane Bandler and Tee-Jay Wood, Plaintiff's former
      neighbors, were enriched by a motion picture group involving Tony
      Kornheiser in the year 2005, 2006, up to the present, Bandler
      having been briefly married to Kornheiser whom she met while he
      was surveilling Plaintiff in the early 2000's; that Tee-Jay Wood

is involved in the same lucrative motion picture group; that the two failed to disclose it to the Government; that Bandler upon information continues to live in the crowded two bedroom apartment with her son and mother, to cover up the wealth;

172.   That Wood and Bandler made false, defaming statements about Plaintiff to the Government; that the statements irreparably harmed Plaintiff, have taken away her ability to have a consulting contract on her work, herself, and are acts of perjury, punishable by imprisonment and fine;

### The False Witness, Officer Hedgeworth

173.   That Officer Hedgeworth alleged a relationship with Plaintiff;

174.   That as stated, Officer Hedgeworth told the Government and news media that Plaintiff was involved in voodoo;

175.   That Officer Hedgeworth blamed her physical illnesses and vision problem on Plaintiff;

176.   That Plaintiff does not know Officer Hedgeworth on a personal level at all; that as stated Officer Hedgeworth was summoned to her complex on a false alarm in late August of 2006 and did not even tell Plaintiff her first name when Plaintiff asked who she was; that Plaintiff never saw Officer Hedgeworth again;

177.   That Officer Hedgeworth is guilty of making false statements to the Government, perjury;

38

178.   That Plaintiff discerned it was Officer Hedgeworth behind the
       phony "voodoo" allegation when she saw a lookalike of her
       plastered all over the walls of Farragut North Metro in
       Washington, D.C. on an ad for Chevron oil; that it was Beltway
       Chevron who performed the re-inspection of her vehicle as stated;
       and the same ad at bus stops in Silver Spring and in the
       Washington Post newspaper; see attachment to Exhibit 4;

179.   That upon information, Officer Hedgeworth alleged a lesbian
       relationship with Plaintiff, and films were made using someone
       else's in Plaintiff's image; that participation in phony films is
       worthy of indictment;

180.   That no friendship ever existed with Officer Hedgeworth on the
       part of Plaintiff; that upon information, she and Officer Peluso
       accessed her condominium unit via "police" means;

181.   That Officer Hedgeworth's remarks have caused Plaintiff a painful
       defamation and profound sadness, an irreparable harm;

182.   That upon information, Officer Hedgeworth currently has a job
       working for the Government; that upon information Officer
       Hedgeworth has access to Plaintiff's computer and is surveilling
       her; that in so doing she accessed Plaintiff's Michael Jackson
       story and Russian mysticism research and other material Plaintiff
       is working on and upon information has put it in her own book to
       be published for profit and "fame;" that such is theft on the
       part of Officer Hedgeworth; that perhaps the most recent theft is
       Plaintiff's Under Sea surveillance program she has noted; that

she opines such as a cassette tape from 2001 she transcribed
entitled "UnderSea" has been recently stolen from her suitcase;

183.   That other police officers and perhaps media celebrities or
       lawmakers are also readying books for "fame" and profit and are
       actively stealing via surveilling Plaintiff; that the Government
       is negligent in so permitting it; that as stated, Plaintiff was
       forbidden to contact a publisher as shown in Exhibit 12; that
       such is against her Constitutional rights;

184.   That tape recordings she has collected and those she made herself
       have been stolen;

### Irreparable Harm, Further Bribery, the
### Celebrity Undue Influence in Recant of Confessions

185.   That claims of real people, e.g., members of her community
       inclusive of many Hispanics and their families were given to
       MCPD, Defendants, the Government; stating Plaintiff had abused
       their children, infected their fathers and children with a
       venereal disease; that the statements were broadcast;

186.   That this causes Plaintiff irreparable harm and grandiosely
       affects her ability to meet a life partner or friend;

187.   That Plaintiff learned of the televised news report and "films"
       from two employees at Seminary Beer & Wine who may not have Green
       cards down the street from her; that as stated, Officer Peluso
       and Thomas Friedman became involved with the female employees;
       that the employees were told to state in 2009 that Plaintiff had

40

threatened them; that the employees were paid for the false
statements;

**Evidence of Cover-Up, Plot to Cast False Blame Upon Plaintiff**

188. That as stated, Plaintiff's niece and nephew were paid in the
millions of dollars for reading scripted information about
Plaintiff; that upon information the children are victims of
blackmail; that her niece on or about age 15 upon information was
made a prostitute to Government people on or about 2006 and media
celebrities and flown to a Florida condominium owned by the
government during the Bush administration; that her parents are
at risk for arrest if they admit whom directed the minor teen's
prostitution;

189. That Plaintiff submits this information not to be scandalous, but
rather in an attempt to clear her name of the allegations and set
forth a much larger picture of what was going on, and why false
blame was cast onto Plaintiff;

190. That Plaintiff's family had "confessed" that the abuse
allegations made were directed by a third party, and not true;

191. That Plaintiff received a signed informal affidavit signed by her
deceased brother's family members in the mail in January 2010;
**See Exhibit 15;** that upon information, Plaintiff's family has
been blackmailed or unduly influenced by a celebrity to recant
the statements made in the affidavit; that upon information, the
celebrity is Thomas Friedman;

41

192.   That after Plaintiff received the signed informal "affidavit" in
       January, 2010, upon information Thomas Friedman befriended, dated
       Plaintiff's brother's widow; that Thomas Friedman is suspect in
       scripting the abuse allegations; that in so scripting, Thomas
       Friedman is guilty of perpetuating a fraud, and guilty of
       contributing to the delinquency of a minor by coercing a recant
       of the statements;

193.   That upon information, Thomas Friedman has also made the
       acquaintance of Plaintiff's niece, now in college in South
       Carolina; that Plaintiff's niece admitted that the abuse
       allegations were not true over Thanksgiving dinner of 2008; that
       she further stated they were not true in the summer of 2009; that
       Thomas Friedman is suspect in scripting the abuse, transmission
       of venereal disease and voodoo statements alleged by Plaintiff's
       family members; that he is also guilty in blackmailing or using
       undue celebrity influence upon the "witnesses;"

194.   That after confessing to Plaintiff, in 2008, 2009 and 2010,
       Plaintiff's niece and nephew, who both go to school in South
       Carolina, were coerced, bribed and blackmailed into signing
       formal police affidavits that Plaintiff had abused them, infected
       them with a venereal disease and involved them in voodoo;

195.   That Plaintiff is not involved in the occult, does not practice
       voodoo, did not infect her family with venereal disease nor ever
       abused them or had a physical or any kind of relationship with
       them but for the delivery and or mailing of Christmas gifts on
       Christmas and attending Thanksgiving family dinners;

                                    42

196.   That upon information, MCPD, Defendants regularly access her home
       and computer, pick up copies of her draft Complaint, note what
       she is putting forth in her cause of action, go to the witnesses
       in advance, and script them into denials, or statements that
       involve Plaintiff, herself;

197.   That Plaintiff's former employer, Winnette R. Smith upon
       information stated Plaintiff had been involved with Detective
       Woolsey and that Plaintiff was a thief;

198.   That Plaintiff had not yet met or seen Detective Woolsey while in
       her employ (1990-95); that Plaintiff did not date Detective
       Woolsey;

199.   That in so stating, she committed perjury;

200.   That Plaintiff is not a thief; that Winnette R. Smith had an IRS-
       DC bank lien on her checking account and if a theft occurred, she
       is suspect, and suspect in the lie about Plaintiff;

201.   That because the statements were broadcasted Plaintiff has been
       cast in a negative light and her references have been negatively
       affected;

202.   That in light of the statements, Detective Woolsey is suspect in
       scripting, blackmailing, bribing, coercing her into making them;

**Tales of Blindness**

203. That as stated after MCPD Defendants took to the television
networks about Plaintiff, they stated to the general public that
Plaintiff had somehow blinded them;

204. That upon information, the MCPD officers alleging vision problems
are reading and writing books to be published; that upon
information they stated the vision problem is blurred vision;
that Plaintiff believes the blind stories were to avoid being
prosecuted for the theft of Plaintiff's material and receiving
false credit, and to obtain false sympathy and monetary gifts
inclusive of book and movie deals; that Plaintiff doubts anyone
has a severe vision problem at all; that anyone can fake a blind
test; that such is worthy of investigation;

205. That in bringing the "blind" stories to the government and
attributing them to Plaintiff, they defrauded the United States;

206. That as stated, MCPD Defendants sought to use gas on Plaintiff;
that upon information, MCPD Defendants were in the military; that
the ideas of using gas and chemicals are worthy of investigation;
that as stated, the "gas" and "chemicals" have caused Plaintiff,
herself, physical problems, inclusive of her vision, as stated
inclusive of the inability to drive on highways; that as she,
too, has suffered problems, to cast blame upon her was willful
and deliberate, a scandalous and fraudulent act;

207. That in Plaintiff's Serial Sniper story she wrote in 2007, she
noted the lone white van clue had been left without follow up;

44

according to the report, the white van was owned by a military
man and a tarot card was found within it;

208.   That the phony "thumb tack" story was a huge moneymaking venture
       that enriched them all in the millions; that as stated, their
       plot was willful and deliberate; that in their gaining national
       security power they learned a "trade" involving the use of magic
       and are actively using magical projections against Plaintiff
       inclusive of, as stated, the use of militaristic sound beams
       camouflaged in bird and other animal sounds; that in their
       magical endeavors innocent people get hurt and die; in their
       accessing the electricity via sensors they, themselves
       participated in the placement of, people get ill and die;

209.   That Plaintiff believes one or more MCPD Defendants could have
       been involved in a cover up of the Sniper story in Wheaton,
       Maryland (Montgomery County) in October 2002; that because of the
       lies MCPD Defendants perpetuated about Plaintiff, a Federal Grand
       Jury investigation is warranted into them individually and as a
       unit, if not automatic indictments;

210.   That a prime reason for the "secret" though broadcasted hearings
       was to determine the cause of what seemed to be strange deaths
       and birth defects around people known to Plaintiff; that
       Plaintiff's family also died, her grandmother at age 95 in 1995,
       her father at age 74 in 1997, her brother at age 43 in 1999, her
       mother at age 71 in 2000; that upon information it is her
       deceased grandmother who is at the heart of tales being
       perpetuated because she was a small time fortune teller with a 6th

grade education who lived in New Jersey, and was and is a
convenient pawn to cast blame upon for the Americans involved in
the conversion of the democracy; see again, Exhibit 7;

211.   That as stated Plaintiff found notations if not seemingly
"celebrations" of the strange illnesses, defects in print media;
that Plaintiff has found several signs of a "celebration" of
deaths in the naming of stores, movies and books, and perhaps
deliberate, planned placement of shops in shopping malls
alongside of one another, e.g., Starbucks, Harris Teeter and
Trader Joe's, as well as books, movies, et cetera in a serial
murderer mystery that has "shadowed" her entire adult life; that
Bob Woodward took to surveilling/stalking Plaintiff upon
information since her late 20's, if not before; that the fact
that she worked for a Watergate figure in 1976-77 is relevant;

212.   That upon information, MCPD, Defendants have covertly doubled
their identities after being gifted national security power, and
upon information, are being "shown the way" by a reporter, and
given access to "vault films" of whom upon information he is
"keeper," and perhaps were given information from him for their
fraudulently gifted books acting as "shadow author;" that they
engage in the practice magic on a national security level
wherever Plaintiff lives or goes;

213.   That Plaintiff believes that "gas" could cause a shrinking of the
brains in newborn infants as well as cause dementia in adults,
and vision problems; that Plaintiff writes the "gas" stems from
KGB Russia;

214.  That to cast blame upon Plaintiff is not appropriate; that to paper her case "national security" is not appropriate in light of the fact that the "secret hearings" were broadcasted; and in light of the fact that the investigators caused themselves to be wealthy in perhaps the millions of dollars [combined if not individually] and had no care or concern about the repercussions their false statements, horrific manufactured "films" and poor judgment would have on Plaintiff;

215.  That as stated, false witnesses who engaged in script reading were paid enormous sums of money, as well;

### COUNT IX:  FAILURE TO PROSECUTE

216.  That the "secret hearings" got MCPD, the Government, Defendants statements of criminality about Plaintiff, that she had sexually abused children of her family and of the community, committed "voodoo;"  that she had committed an act of theft; that there were sworn affidavits to that effect obtained; that she had made "death threats" to famous people or the general public;

217.  That the allegations were broadcast;

218.  That the criminal acts are felonies punishable by time in prison;

219.  That as stated, MCPD, Defendants, themselves, had their own children state Plaintiff knew and abused them;

220.  That in MCPD Defendants' failure to even question or arrest Plaintiff they are suspect in manufacturing the entire "plot" and "frame" for profit; and suspects in committing perjury,

blackmailing, coercing and bribing community and family members
to state Plaintiff was a dangerous criminal, a pedophile,
prostitute, and a practitioner of voodoo;

221. That none of the allegations are true; that without an arrest of
either herself or the ones perpetuating the fraud she is unable
to clear her name, unlikely to become gainfully employed, unable
to pursue her rights under the Constitution; that if not
addressed in a Court of law, it could happen to someone else;

222. That the "plot" was and is deliberate to ensure MCPD, Defendants
would escape prosecution, and escape investigation of themselves,
and a larger "covert" group with whom they, upon information
willfully aligned and seek to cover up, and is worthy of a public
Federal Grand jury investigation;

223. That "famous" people can be mentally ill and attain celebrity
status; that men and women can join police or military to cover
up an unprosecuted criminal act they committed;

224. That as stated the entire scam was in punishment to Plaintiff for
her political beliefs that a small group of Americans are
involved in taking over the democracy, and with that "the
players" were greatly enriched; that the enrichment was a
convenient device to cover up the theft/bribery/videography scam
of MCPD in 2007-08;

225. That MCPD Defendants alarmed the Government with the false
stories and directed script reading and are instructing all who
learn the story to deny ever hearing the story;

226. That such an instruction is against our system of government,
when in a court of law, the witness raises his or her right hand
and swears under God to tell the whole truth and nothing but the
truth in order to discern innocence versus guilt; truth versus
lying;

227. That instructing people to continue to lie is an affront to God
and the direction to lie instructs the American people to bear
false witness against their neighbor(s), and unless corrected,
the Government endorsing the "lying" policy is worthy of
impeachment;

228. That she has set forth claims in the aforesaid Counts herein upon
which relief may be based inclusive of violations of Privacy Act,
5 U.S.C. Section 552a(b), violation of civil rights, violation of
First Amendment Right to Free Speech, Violation of DOJ
Regulations codified at 28 C.F.R., Section 50.2 against Attorney
General Eric Holder, FBI Director Rob ert Mueller, MCPD and
Defendants.

WHEREFORE, Plaintiff prays:

1. That the Government, inclusive of officials at the
Department of Justice and or FBI and or the President of
the United States clear her name by way of a public

announcement on all web casts, television and radio news networks;

2.    That the cable television and internet carriers be forced to stop broadcasting the films;

3.    That a Grand Jury investigation be commenced into MCPD and Defendants, and into the manufacturing of the films and those who participated in their making; or in the alternative, direct automatic indictments to MCPD Defendants and Wood, Friedman; that a public announcement of such be made on all web casts, television and radio news networks;

4.    That the Government direct the State of Florida to come up to Maryland and serve Diane Bandler her murder warrant and transport her to Florida for prosecution;

5.    That each Defendant named pay Plaintiff the sum of $5 million in damages; that each telecommunications entity pay Plaintiff $25 million in damages;

6.    That the Government pay Plaintiff the sum of $50 million in damages.

Respectfully submitted,

Janet Marie Deyerberg
9824 Georgia Avenue, #102
Silver Spring, MD   20902
(240) 640-2044
Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff requests a trial by jury of twelve (12) on the above Counts and claims cited in the Complaint.

Janet Marie Deyerberg
Plaintiff

50

**EXHIBIT 1**

**Letter from Detective Woolsey to Plaintiff in response to my seeking an investigation into unlawful surveillance/harassment in Silver Spring neighborhood dated 10/15/99**



## DEPARTMENT OF POLICE

uglas M. Duncan
*unty Executive*

10/15/99

Dear Ms. Deyerberg,

The Montgomery County Police Investigation into your complaint of harassment has been concluded as of 10/15/99.

The possible crimes involved in your case are misdemeanors. As misdemeanors, the police can only investigate events that took place within three hundred, sixty-six days (366) of the date of the report. Thus, events that took place more than one year ago, not to mention the events of the majority of the past eleven years, are beyond the power of the Montgomery County Police to investigate.

The parking garage near to your residence was investigated, as were the vehicular plates that you provided. No evidence of harassment or unlawful surveillance was discovered.

Mr. Jorge Montiel was interviewed, and could not provide any information to shed any light as to who, if anyone, was harassing or conducting an unlawful surveillance. The result was the same for the man and woman operating the market located at 8613 Cameron St. in Silver Spring, Maryland.

Mr. Kornheiser, Mr. Cohen, and Mr. Woodward declined to be interviewed. As for the messages sent to you via the Washington Post, there was no way for anyone from the Washington Post or any other group to guarantee that you would read the columns of any or all of the above gentlemen. Therefore they do not constitute a crime. Mr. McLaughlin's office also declined an interview. Such a decline is perfectly within their rights, and does not constitute a crime in the State of Maryland.

You are also free to hire a private investigator, which might be necessary to pursue any civil claims connected to this case. This office cannot aid in an investigation for a civil complaint or suit as that exceeds our authority.

Sincerely,

*Det. D. A. Woolsey*

Exhibit 3

**EXHIBIT 2**

**Letter to police witness, Plaintiff's former neighbor, Diane Bandler dated June 5, 2007 making note of Plaintiff's Blackmail Protection Bill almost being ready for submission**

**Draft Blackmail Protection Bill submitted on July 12, 2007 to Board of Directors, Americana Finnmark Condominium**

**Final Draft of Bill**

June 5, 2007  MAILED: 6-25-07

Dear Diane:

I just want you to remember one thing.  Hopefully you didn't lie to whomever might have come around asking questions  (could be a blackmailed detective I knew from the past) – I got the hint from the Post heading "Self Tawt" – remembering that you said I was self-taught on the piano – which is not really true. I had several short-term teachers but kind of got things from each and made up my own practice regimen, and I still need a lot of work.  Active listening really helps, but I have not been of a mind to sing and play because they have isolated me, lest I get a witness, and I have been very unhappy and alone, with little energy to do anything.

Anyway – please remember that you are the only witness to the fact that Bob Woodward scripted you in April 2002, to say I said I was a Satan Killer and called you Satan and made homicidal threats to you, when I only handed you a letter which was not the least bit threatening asking you to tell Kornheiser to please not rip off my story and to get you, Alec and your Mom a condo where there were elevators since you were always complaining about the stairs – oh, and a new car – all of which you received.  In 2003, my reaction to the false statements and your refusal to come forward with the truth caused me to engage in "name calling" – calling you names, but still, never a threat.  The lady at the Crisis Center (Diane McDowell) I learned was/is in an extramarital affair, and for some reason (guess!) she went from working nights to being the director of the organization, a day job (at least as of 2 yrs. ago).

As I told you if this comes out Bob Woodward will be a murder suspect, not me.  For why else would he script you – not to mention the nature of the "script." And the whole thing has gone on for so many years – 26, I believe, we're on year 19 of when he wanted me to know about it, and year 7 of when I knew the original stalker was Bob Woodward, and no policeman ever knocked on my door to ask me questions about anything, in all of these years; hence, the need to set me up with a pscyh history to frame me, lest the double agent stuff come out about him (and the rest of them).  If there are unsolved mysteries around me, Bob knows the answers.  He is mentally ill and watched me and filmed me all through the years and continues to do so, now, with the help of others whom he blackmailed.

<u>Even if you lie, he can forever blackmail you – everything is videotaped and even if someone tells you it was erased, you cannot believe it.</u>

It is important that people learn this man does these things – blackmails them into animal killing, poisoning people, and it is all terror – Al queda/KGB.   And you know it is not just one person – it is at least four – Woodward, Kornheiser, Wilbon and Tee-Jay Wood, who conducted the surveillance from his apartment when I lived there.

<u>If you say I really said those things, you are doing a great dis-service to yourself – because I am confident the truth will come out, and if you lie, you may forfeit any benefit you could have received for being truthful.</u>  I imagine whomever asked you questions left you a card in case you had further information.  If you did lie, you may want to call and tell the truth.  I understand Bob Woodward met with you personally, possibly made a pass at you, and attempted to coerce you to join the "frame."  Eventually I'll get paid for the rip-off of my life.  He said in his paper's answer to my lawsuit that I was having a "delusional fantasy" and they had no knowledge of me.

I have deep suspicions, as I told you, about the number of people getting "cancer" at 11607 Elkin Street – and by the way, my "swollen throat" still remains.  (I think as I told you before that chemicals were put on my stand up fan by my bed and in my car – so I got another one to use in the summer because Scruff can't survive in a car without turning the AC on.).  We can still use the Avalon in cool weather but the last time I drove it in cool weather, all of a sudden I felt heat coming up from the floor – and the heat wasn't on. These men can control everything that runs off of electricity.  I have had my swollen throat for 9 months now.  The ENT said as there was no lesion, a biopsy was not in order.  But they've blackmailed all of the physicians, as well.  The nodules in my lungs six months later have not grown, thankfully.  But I did not use my heat in condo or in car except with defrost.  I used space heaters that did not blow.

Page two

Again, I am confident the truth will come out, and I wish you the best, and please, keep your health, and if you did lie, you need to tell the truth. As it is said, "Truth is always the best argument." My "blackmail/immunity" bills are almost done and soon to be sent.

The use of my under age niece by your ex-husband, Tony Kornheiser, Bob Woodward and Tee-Jay Wood and I'm sure others that I am not aware of, and many, aware of, including top government people, the four blackmailers, coercing her into criminal behavior is not her fault at all. I just pray they don't kill her to cover up the fact that she was under-aged and they blackmailed and completely brainwashed her — starting at age 14, and my nephew, as well; and I believe they have done that to you, as well..

You know they do black magic, by now. Do you realize they can make helicopters and planes crash, and affect the weather, go into animals and cause auto accidents. I believe in the cases where people were afflicted with illness, where it wasn't poisoning, it was some sort of black magic, that has nothing to do with me, and never did.

Finally, look at it this way. If you elect to come forward with the fact that he asked you to make a call to the Crisis Center using words he scripted you with, to say I said, you will get credit for finally bringing a man who betrayed his country, and if people did really die, a serial killer — to justice. And with you revealing the truth — you will be released from the predators/blackmailers and become greatly admired by all who learn the story.

Sincerely,

Janet M. Deyerberg (&Scruffy)
9824 Georgia Ave., #102
Silver Spring MD 20902
(301) 608-8011

As I said, I'm sorry about the yelling – I didn't realize the walls were so paper thin because Tee-Jay made no noise whatsoever. If someone popped up on your neighbors' or family's TV sets and gave them directives of things to do around you, completely humiliating you with some horrific lies, you might scream and yell, too. I don't do much of it these days. I have turned my television off and sit quietly and drink my beer, and pray the day will soon be here, when the entire truth comes out, and I will meet a man and have friends, and become happy, and healthy.

DRAFT

BILL:   *"FIGHT AGAINST TERROR:  BLACKMAIL PROTECTION"*

FOR SENATE/HOUSE CONSIDERATION

WHEREAS, it has come to the attention of the United States Lawmakers in the House and Senate, that blackmail has become a formidable weapon of terror; and that certain known Americans blackmailed public officials to get National Security power to put forth their movement of replacing our democracy with a dictatorship of some sort, unbeknownst to the majority of the American people who live outside the perimeters of Washington, D.C. and vicinity;

AND IT HAS BECOME KNOWN that the American terrorists are using the Fire & Rescue Departments as well as police in intimidating those who may know about the proposed takeover;

AND IT IS SUSPECTED THAT a major newspaper is involved in the blackmail;

And to protect this nation from being swept away by the blackmail/brainwashing of its citizens, directed by American Al Quada operatives to annihilate the American population with poison, similar to Hitler's annihilation of the Jewish population.

The following are components to the bill:

INVESTIGATION

1.      Investigation to determine extent of Washington Post's surveillance power and how they got it;

2.      Removal of the Washington Post's national security power and surveillance of certain people in that organization  known to correspond with foreign nationals without notifying Pentagon or White House;

3.      Investigation of Administration or NSA, CIA, FBI 's granting Washington Post national security power;

BLACKMAIL PROTECTION

1.      Immunity with complete anonymity for testimony about being blackmailed into committing terrorist acts using poison on humans and animals;

2.  Immunity with complete anonymity for testimony about how blackmail occurred; what it entailed; etc.

1

3. Immunity with complete anonymity for testimony about being blackmailed into child or animal poisoning or torture, inclusive of withholding of food;

### INTERNET WATCHERS

Appoint Internet "Watchers" which could impinge on our freedom but is necessary for the sake of national security;

### HOMELAND MILITARY GUARDS

Placement of military personnel in grocery stores and surveillance or placement of military personnel to surveil and see that our grocery store's meats, vegetables and water/drinks are not poisoned in a stock room or by members of the general public;

Return to glass and cans and do away with plastic; place military surveillance in manufacturing plants that package and bottle food and water;

Placement of military personnel at all subway stations; have bomb detection walk throughs for people riding Metro;

# PETITION TO INVESTIGATE
# THE WASHINGTON POST COMPANY

TO:   The Attorney General of the United States of America
       Second Session of the 110th Congress of the United States of America

FIRST:   I am a citizen of the United States of America residing in the State of Maryland.  I am petitioning the Government of the United States of America to undertake a comprehensive investigation of The Washington Post Company.  As basis therefore, I submit the attached report for your review.

SECOND:   That I believe it has become common knowledge that the Washington Post Company has the ability to put the entire nation under surveillance and regularly engages in the harassment of, blackmail of, or threatening of, citizens of the United States of America, like myself, who have become aware and hold the opinion that they, themselves, are a threat to our security, and are a link to terror through Al Qaeda, KGB or other groups and together are actively in the process of taking over the democracy of the United States of America to be replaced by a shadow government run by themselves, in a dictatorial fashion;

THIRD:   That the fact that reporters have and continue to communicate with foreign nationals without supervision in other countries should be investigated;

FOURTH:   That, further, their possible influence in the seemingly deteriorating reputation of the United States of America around the world, is worthy of investigation, to wit:  the ability for our adversaries to physically see us via Internet and the troubling

fact that we cannot see them, and the growing bad feeling toward our nation, most

recently, the shocking refusal of China to give harbor to our ships;

FIFTH:   That a comprehensive investigation of the newspaper's connection to

and or blackmail of, the Central Intelligence Agency, the Federal Bureau of Investigation,

the National Security Agency and so-called "Secret Police" or "Mind or Morals Police,"

be undertaken; determine its origin, any and all ties to KGB, Al Qaeda or other group,

and through careful, confidential action remove the veil of secrecy, in light of the current

compromised state of the union;

SIXTH:  That in the investigation, look into the use of films, their origin, and

location, their authenticity or fabrication, the means and methods of videotaping, the

purpose therefor, and determine whether any provision under the Constitution has been

unlawfully broken, in such use; the use of such films in assisting the newspaper who now

control all media, to carry out such  psychological or mental threat,  by placing certain

pictorial ideas not accessible to most, in media,  they now control, or in actuality, with the

use of "doubles" of persons they have films of,  doubles of automobiles,  records of

license plate letters depicting initials, perhaps, and instructing a particular person or

persons to present themselves around the subject of the mental game, in visual and

hearing distance, and direct them to engage in scripted conversation, the goal being, to

frighten the individual, and the result being an automatic "defamation," casting a negative

light on the individual, in the mind of the person(s) instructed to engage in the script; the

purpose being to frighten and punish those in dissent of their mission to overthrow the

democracy, and further their quest to brainwash  the nation into a commonality of

2

thought,  prohibiting creativity of  thought or ideas,  abolishing competition,  and barring

dissent; and in effect, converting the democracy into a dictatorial state.

SEVENTH:  And if such is not in violation of any provision of the Constitution,

consider new law to address it in the form of an amendment or other appropriate legal

document;

EIGHTH:  And in its consideration of the "unconventional" activities of the so-

called "Secret Police" or if not them, the agency performing the "mental games" so to

speak, make a determination as to whether it is more a detriment to our citizens, that is,

an evil force to harm and strike down, illegitimately labeled as an unorthodox tool with

the false pretense of aiding and assisting our country, in the fight against terrorism;

NINTH:    That in the investigation of the use of "black magic," investigate

inexplicable or explicable tragic events, for example, the inordinate number of

helicopters crashing, in the years following the start of the War in Iraq, since March

2003, quoting Wicopedia, to wit:  111 [helicopters] lost since 2003 invasion;" only 39

due to hostile fire, so one could suppose the others to be tragic  "accidents;" and in

furtherance, investigate again the accidental bombing of the Chinese embassy in 1999,

attributed to an outdated map of the CIA;

TENTH:  That in its investigation the determination as to whether the "mind

police" and or "secret police" should be considered in the same light as a manner of

"torture" imposed on prisoners of war, with the sole purpose to inflict mental pain on

citizens, both innocent and guilty, prior to due process; and make a determination as to

whether the use of the "mind police" and or "secret police"  has been effective in

bringing common criminals or those who would be against our interests, to quick and

3

expedient justice; or whether the opposite is true, that is, that the "mind police" and or "secret police" is being used not as it states its purpose is, that of counterintelligence to protect our nation, but rather, as a method to impose threats of blackmail or frame or harm upon citizens, many  of whom may be completely innocent; to further the goal  of building an American Al Qaeda,  through the blackmail of American citizens into committing acts of terror, committing acts of genocide, participation in the spread of drugs to brainwash the country into acquiescence , and the resultant formation of an underground "army" of blackmailed Americans whose mission is to commit acts of genocide against the American people, obtain proof of the source, through the enactment of a Blackmail Protection Bill, a draft of which is appended hereto;  and determine the source of those adversarial to our interests, who have safe haven within the newspaper, who seek the annihilation our country and everything it stands for.

FOR THIS, the undersigned respectfully seeks your immediate consideration and reply.

Respectfully submitted,

JANET MARIE DEYERBERG, Petitioner
9824 Georgia Avenue, #102
Silver Spring, Maryland  20902
(301) 587-7464

4

# EMERGENCY MOTION TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

# BLACKMAIL PROTECTION BILL

**TO THE HONORABLE PRESIDENT OF THE UNITED STATES OF AMERICA:**

**WHEREAS,** it has come to the attention of many people who are too afraid to talk about it, that this nation is in the midst of a "takeover" by those who would be our adversaries, and are dedicated to the death and destruction of our country;

**WHEREAS**, a citizen has presented this motion to the President to act on an emergency basis, to overcome the takeover, and apprehend those responsible;

**WHEREAS**, in so doing, the motion is to the President of the United States of America, in his discretionary power, to commission the Second Session of the 110th Congress to make formal the provisions set forth within this document, or others as they see fit, and enact a bill of protection, that is, a Blackmail Protection Bill, to protect those who have been forced to succumb to the "blackmail machine" which has overtaken our media, and our people, and whose sole purpose is to overthrow the democracy of our United States of America, and put in its place a dictatorship;

**WHEREAS**, it has become apparent that the very elements of freedom our country is working to preserve in Iraq and Afghanistan are rapidly eroding from our very own country, with the onslaught of the blackmail machine of Americans who betrayed their country;

**WHEREAS**, it has become known that terrorists are targeting illegal drug users and illegal drug use has become a formidable weapon in the attempt to overtake the nation, and as a result an army of blackmailed American terrorists has been formed, for the purpose of committing genocide against each other, to wipe out the population;

**WHEREAS**, it has become necessary for the Second Session of the 110th Congress of the United States of America, to act in an urgent fashion, and formulate a bill of protection for people who have been blackmailed in response to this Emergency Motion;

**AND AS SUCH, IT IS HEREBY ORDERED:**

**FIRST:**   That the 110th Congress of the United States of America enact a blackmail protection bill;

**SECOND:**   That the Bill will give full anonymity and immunity to anyone with information related to illegal and or inhumane acts of terror, to which they have been directed to engage in, via screen pop-ups, emails or other method, as a result of blackmail, or bribery; examples of which are enumerated below:

-   a directive to commit genocide by poison or other method any human being or animal;

- a directive to torture or harm, physically or psychologically, any human being or animal; inclusive of withholding food or physically abusing, either by physical force or through sexual abuse;

- a directive to engage in the act of dealing illegal drugs and poison;

- a directive to commit arson;

- a directive to report to a hotel for purposes of prostitution;

- a directive to bring a child to a hotel for purposes of sexual abuse;

- a directive to participate in any activity that constitutes a crime.

**THIRD:** That the Second Session of the 110th Congress will set up a task force who will operate a toll-free telephone line for the purpose of meeting with the blackmailed persons, **sign an agreement of full confidentiality and immunity, and make a recording of the testimony of the blackmailed person, such recording will be immediately available to the person giving the testimony and any person that the blackmailed person wishes to be a witness to the meeting and testimony; and in that recording, will be the promise of immunity and anonymity, as will also be in the confidential written agreement to testify;** that in exchange for immunity they agree to be part of a surveillance effort to ensure the source of the blackmail is contained;

**FOURTH:** That there will be a suspension for the prosecution of persons who unlawfully use illegal drugs such as Cocaine and Marijuana, provided that anyone wishing to use illegal drugs be registered as such; permission for so doing only given after the admission to any and all details of the drug use, past and present, pursuant to the anonymity agreement / recorded testimony cited in Paragraph Third hereof;

**AND THE GRANTING OF SUCH BILL** will, in effect,  save the United States of America from its blackmailers and bring them to expedient justice; thereby restoring the state of the union to a free nation, governed by the people and for the people, and pursuant to the Declaration of Independence and enforced by the Constitution, offering  every single American the right to life, liberty, and the pursuit of happiness.

# AND SO IT IS ENACTED:

1.    That the President of the United States commissions the 110th Congress to make into a formal legal document, the Blackmail Protection Bill and enact it immediately.

**SIGNED:**


_____

**GEORGE W. BUSH, PRESIDENT**
**UNITED STATES OF AMERICA**


_____

**RICHARD B. CHENEY, VICE PRESIDENT**
**UNITED STATES OF AMERICA**


_____

**NANCY PEOLOSI, SPEAKER**
**HOUSE OF REPRESENTATIVES**
**UNITED STATES OF AMERICA**

**EXHIBIT 3**

**List of Items in Plaintiff's Collection for her book, amongst material stolen by Defendants, "TOC"**

**EXHIBIT 3**

**LIST OF SEVERAL ITEMS IN PLAINTIFF'S COLLECTION
MANY STOLEN, SUBMITTED FOR FALSE CREDIT, EMPLOYMENT CONTRACTS,
BOOK DEALS AND MOVIE DEALS**

"Unveiling the Code" of The Washington Post Company – Dangerous Power – Could It Be True"
(book in progress by Plaintiff)

Blackmail Protection Bill

Shoe bomber Richard Reid – serial murderer mystery hint

Starbuck's – the "Cooper Code" – and meanings of Running, Bike Riding, Shooting – "Coffee"

WPost article  TRADER JOE'S – SPINACH SCARE – "All is Forgiven, Joe, I'm Back"

The Ted Jet advertisement, WPost Magazine Cover, "Ted Will Decide the Election"

Lookalikes of Celebrities to Brainwash Ordinary People

WPost article "Mess Tent Blast Kills 19"  "Full Court Mess"

Tony Kornheiser book material, "I'm Back for More Cash"

The Color Games – Parade Magazine Color Highlighting

Chemical Cancer on the Hill – The Likelihood

The Washington Post Company – Ties to Russia
The Paperclip; The Pencil, Russian Photography, In Praise of Gray

Parallels to Waco – Born in the Year 0 – Oklahoma City Bombings

Inscriptions in Cement – Code, in front of my residence, in front of IMF

Cement Circular Patches in Sidewalks

Encoded Print Media , The Washington Post Company, Magazine Covers, Washington Times –
"Encoded Classifieds" Wpost classified Mcouriers, M – Military – Spread of Drugs – Ad for Late
Model Vehicle Owners

Magic in the Military-Police –  Staring at Goats; Military Police Taking Over Democracy

License Plates – vehicles become symbols of story

Lien Cuisine Advertisement – Carolyn Hax Coded Cartoons

Utensils Appearing Like Small Rockets by Article, "Such a Cook Off"

Photos, Some Stolen

The Eye – Symbol of Betrayal – Vladmir Putin "The Waxed Figure Look – New President of US)

The Serial Sniper Story – the Forgotten White Van Clue – A Cover-up By MCPD Existed – Photograph in Brentwood car lot with white vans and Audi, Mustang

Encoded License Plates

Markings: Christmas Decorations on Houses  All Year Round – Blackmailed Persons into the Drug Dealing Directed, Directive to Leave Storm Door Open, Leave House Light On During Day, Messages in Mailboxes, White Rocks by Drug Dealer Places

The Danny Pearl Story – Dawn – Friend – The Newspaper

Celebrations of Death – Death Cult in Print Media

The Kornheiser Book Code

"We're Waiting for the Jet" – Mistakenly

The Pig Code -- a Curse on America, A Curse of Kennedy – Bay of Pigs Gas Pipe, and a Curse on My Family – the Finger to Nose Position in the Tenet Book

Woodward's "Boom" Threat

The Real Story of Deep Throat – rooted in Communism

Anthrax – Something About Children

New Yorker Magazine – A child with hands behind back as if "arrested" – The Blue Eyeball, - Putin's Eye

Artwork at 1800 K – The Eye Figure – Iris changes Position

A single carcinogen can cause multiple cancers – is it true
"
The Significance of the Numbers 87, 93, 19, 11, 22

Reagan Death, Ford Death, Saddam Hussein Hanging "Both Reviled, Both Revered"

The Plame Game – The Plame Affair

A Disgrace to Painful to Bear – the WPost Spread of Gas, Chemicals,
 The MCPD New Agent – "those who join in the genocide live, those who don't die…"

A Satanic Takeover – a Satanic Revolution

The Evolution of the Anti-Christ Who Kills Animals to Save His Life – Magic Causes Healthy People to Become Ill, Die –

The Spooks' Story – The Veil of Secrecy of the CIA/NSA/FBI Must be Pierced -  "National Security Magic:  A WMD That Needs to be Destroyed"

Celebrations of Death in Print Media, Their "Death Cult" – The Da Vinci Code Parallel – Kill All Those Who Know – Blame it on Her

Virgin Airline Advertisement – African American Man in Shorts with Little Kid's Lunch box

Control Over All Advertising

Encoded Names for Jets – Ted Jet, Jet Max, Jet Blue

The Magical Operation of the CIA, NSA, and People Who Claim They Are Affiliated with Federal Agencies

It's All in the Electricity – A Person Caused 9/11 – A Person Can Cause Aviation Accidents, Motor Vehicle Accidents

They Say Go Green, I Say Go Batteries and Open the Windows

The placement of batteries beside false witness, Saddam question in AskMarilyn

Abu Grave – the stacking of prisoners, naked and on dog leashes – the stacking of cats in a WPost Carolyn Hax cartoon

9/11 – Encoded Media – Apologizing for False Blame to Afghanistan – the Zero Figure – The Communication to Adversaries that Americans are Dying Here – the Genocidal Death Cult – "Don't Rat Us [Them] Out"

The Motion Picture Industry – Pay Everyone to Sit Back and Watch the Dictatorship Take Over – "Have a Good One"

The Gap ads – "Will One Child Save the World" "Will the Shirt off Your Back Save the World"

Encoded Posterboards on Metro – The "Baby Needs Some Shoes" "Click for Kicks" Underground Prostitution Ring – Saddam Hussein's Threat "[He'll] Make All Kuwaiti women $10 Prostitutes

The Reporters Controlling the World, the War, All Wars

The One World, One Nation Flawed Plan

A Game They Play With  the World – A Game They Play With Each Other – the Takeover Group – the Shadow Government – Persons with unprosecuted criminal histories who never want to get prosecuted

TOC (short version)

Scripted Office Note – Weingarten Column Clue – Somebody Saw "Hitler" – Lives Again

Michael Jackson Story – Someone Was Bothering Him

9/11 Commission Report Had a Shadow Author

Russian Mysticism – the Rasputin figure reborn, Russian symbols in American life, e.g., "legend", "secret police" ,  "five year plans" ; "circus"

9/11 Commission Report Had a Shadow Author

Shadow authors for the blackmailed

Oklahoma City Bombings – FBI not in building

A Look into their eyes – scripts re: "eye" symbol of betrayal, Russia..

The sea turtle Clue – Under Sea (something given to me to type – tape stolen) – and the "eye" on the world from under the sea

Anthrax and Sniper – Closed But Should Remain Open

More only to be stolen when begun via "surveillance"

EXHIBIT 4

PHOTO COLLAGE OF ARTICLES, BOOK JACKET COVER (TO LEFT)
THUMB TACKED (DECORATIVE GOLD COLOR)  (ALLEGED "VOODOO")*

BULLETIN BOARDS WITHIN PLAINTIFF'S ROOM CONTAINING ARTICLES,
PHOTOS OF HERSELF AND HER FAMILY, THUMB TACKED (DECORATIVE GOLD
COLOR) (TO RIGHT)

UNDERNEATH: PHOTO COLLAGE PHOTO-REDUCED TO FIT INSIDE NEW VEHICLE
SMALL WINDOW, WITH POLICE-PLACED STAPLES

*
   Articles - The Washington Post Company Style Section,
   photograph of Bob Woodward with the caption over it "Setting
   Fire to Another Messenger"; The Washington Post Company Style
   Section, September 1, 2006 depiction of a skeleton with the
   caption "They Warned You"; photograph of book jacket cover of
   Tony Kornheiser's book, "I'm Back for More Cash"

PHOTOCOPY OF EYEGLASS CASE COVERING NEW PRESCRIPTION GLASSES
AMERICA'S BEST STORE CLERK GAVE TO PLAINTIFF ON OR ABOUT MARCH
2009 WITH A STAPLE IN IT - REMOVED FROM RESIDENCE, RETURNED TO
RESIDENCE WITH A SECOND STAPLE IN IT  (TO ALLEGE "VOO DOO")









**EXHIBIT 5**

Letters sent to Comcast and Facebook of complaint; FCC form sent

( File stamped
copy missing )

February 5, 2009

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Brian R. Becks
CEO
COMCAST
1500 Market Street
Philadelphia, PA  19102

Attn.:  Legal Department

Re:      Notice of Complaint

Dear Mr. Becks:

I have received information that my photograph accompanied by manufactured
grostesque film images are being circulated by Comcast.  I learned that the images depict
me as beating dogs, children, screaming, and some are pornographic.

I am in the process of attempting to file a complaint with FCC and FTC.

Please stop this immediately.  I am requesting that you broadcast an apology to me and
provide a formal, broadcasted notification to the public that the films are manufactured,
i.e., using a "search and replace" method in the videography, and not real, and are under
investigation.    Please let me know of any decision to so apologize and on which stations
and the date and the time so I can make sure I tape it.

Sincerely,
*C O P Y*
Janet M. Deyerberg
9824 Georgia Avenue, #102
Silver Spring, MD  20902
240-370-7976

February 5, 2009

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

FACEBOOK, INC.
156 University Avenue
Palo Alto, CA  94301
Attn.: Legal Department

Re:     Notice of Complaint

Dear Sirs:

I have received information that my photograph accompanied by manufactured grostesque film images are being circulated by Facebook, Inc.  I learned that the images depict me as beating dogs, children, screaming, and some are pornographic.

I am in the process of attempting to file a complaint with FCC and FTC.

Please stop this immediately.  I am requesting that you broadcast via Facebook an apology to me and provide a formal notification to the public that the films are manufactured, i.e., using a "search and replace" method in the videography, and not real, and are under investigation.    Please let me know of any decision to so apologize and on which day and what time so I can make sure I record/tape it.

Sincerely,

Janet M. Deyerberg
9824 Georgia Avenue, #102
Silver Spring, MD  20902
240-370-7976

**EXHIBIT 6**

**Letter from Plaintiff dated November 4, 2009 to Attorney General Eric Holder seeking cash rewards for herself for information given about herself to the Government; request that publishing books of witnesses be forbidden until NS lifted on Plaintiff**

JANET MARIE DEYERBERG
9824 Georgia Avenue, #102
Silver Spring, MD  20902
(301) 326-2092
JMariasong@gmail.com
(Caution:
Tamper Alert)

November 4, 2009

**VIA CERTIFIED MAIL**
**VIA FACSIMILE**

The Honorable Eric Holder, Jr.
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Re:     Request for National Security Directive Forbidding the
        Publishing of Books By Witnesses to the "National
        Security" "Investigation" of Myself During the Pendency
        of the Investigation

        Request for Questioning Concerning Allegations

        Request for Removal of Sensors Placed in Electric
        Sockets in My Home, Vehicle

Dear Mr. Attorney General:

I have tried writing several times – and my mail doesn't seem to ever get into the mailbox – it must be the gaseous fumes.  To that end would you please kindly arrange to have the gas-emitting sensors placed in my electric sockets in my home, auto removed.

This is a formal request that all witnesses to the national security investigation of myself be forbidden to publish books, as when I am formally questioned, it will lead to an investigation into them – for allegations of theft, obstruction, bribery, perjury, grandiose lying for profit.  You probably are aware that they are actively thieving from me via access to my hard drive that I most certainly did not provide.  That would include those people whom by making statements at all have brought themselves into the investigation, e.g., all current and former Montgomery County Police officers, namely, Chief Manger, Officer Peluso, Officer Hedgeworth, Detective Woolsey, Detective Ryan and others that you know of and I do not – also - the former attorney general and yourself.

Please note that I have never met Chief Manger.  In the case of Officer Peluso, on July 10th, 2008 he handcuffed me and transported me to the Crisis Center for taking a photo; in the case of Officer Hedgeworth, she was at our complex with two other police and fire engines and I

inquired as to what was going on, and told her I believed the Washington Post was behind the false alarms – and when I asked her name, she replied "Hedgeworth." I do not know her first name, but have learned she alleges a relationship with me. In the case of Detective Ryan, he was the detective assigned to investigate my renter's death in August of 2002. I spoke to him by phone and he advised the family – her son – did not wish an investigation. I told him about my problems with the Washington Post and he referred me to Chief Fitzgerald of Wheaton district – police. I never met Detective Ryan. In the case of Woolsey, he was the Detective who took down my police complaint about the Washington Post and what I thought was the FBI in 1999. He responded with a letter of lies – that he had interviewed people in my neighborhood – upon my asking them if it were true they said it was not – that no policeman ever came by at all. "Lied in '99 – could be counted on a second time" by Bob Woodward of the Washington Post – to get it done – to destroy me - the only one who thinks 9/11 was his fault; the only one who thinks he and a few others are involved with terrorists - justifying blackmailing or mentally threatening citizens with the scary look-alikes to make them think the Government has "information" on them - and justifying genocide - with a psychotic delusion that he is a peacemaker of some sort. In my case there were no films of criminality – so they are being rapidly manufactured 21 years after I learned about it – and behind each false or negative statement I can give you a story of blackmail.

In addition, I think an investigation is warranted as to how these cops got involved with my computer – with my story. It could be a link to the Washington Post whom is it not true they sought to investigate – very pleasing I would imagine to Bob Woodward, Tony Kornheiser – the resolution: an Extremist Muslim did it – the ridiculous lie that an Extremist Muslim hates me because he got a look at "vault films" with edits. I assure you I never hurt my beloved deceased dog or any children – it is so very painful that people think that it is true.

If you have such "allegations" of threats shouldn't I be arrested immediately and with that the right to counsel, the right to clear my name in a public forum as you have permitted this "scam" - to be public - and that's all it is – a mission to destroy me – with manufactured films – and statements from blackmailed people, who readily commit to the takeover of the nation on the agreement that they never be prosecuted for past criminal offenses, and can run the country – dictators in a murderous dictatorship – of lies about "me" – that woman who knows their names – the names of the "scripters" in everyone's computer – except mine, of course. No one could ever blackmail me – the mental threats are there – but I have nothing to lose – I am innocent and I am about to lose every dime I have – my home is to be sold to pay off creditors – as no job will ever be in sight with a smear like this. I haven't had a friend in years. It was just me and "Scruffy" (Sr.) – my only friend and the pain of videos having me hurt him is so very painful – and definitely "prison worthy" of the one who made them.

And on the matter of phony films – anyone making them and bringing them to the government should be automatically indicted. If it can happen to me, it can happen to anyone.

Books

Non-MCPD upon information who made false statements, or statements of any kind in the investigation whom upon information have books in progress, include Tee-Jay Wood, Diane Bandler, Newt Gingrich, Senator John Kerry, Charles Krauthammer, Thomas Friedman, Bob Woodward. Just so that you are aware, I have never met or seen in person Senator John Kerry, Charles Krauthammer, Thomas Friedman or Bob Woodward. I did see Newt Gingrich at the Shrine and did share a few items I wrote by giving him a small folder, but never saw him again. I think he as well has said something other than the truth. The police went to the famous people for help in their fraudulently gifted book deals – and I still don't understand how law enforcement

and a former neighbor security guard who allege they know me have anything to do with me or my computer – as it is against the law – obstruction.

As the Government has each witness' statement and know where some are employed, sending an official letter prohibiting them from publishing should not be a problem, and it would very much be appreciated in this unprecedented extremely painful situation they fraudulently put me in, and which if I hadn't been "gassed" and massively "intimidated" with constant siren and other threats I would have had the ability to assemble all of the material they stole and submit it myself, and had there been an inquiry into what information you were seeking, upon receipt of my statement it would have prevented the entire event from occurring. The formal police investigation sought by The Washington Post Company via Detective Woolsey began in 2007.

Again – upon hearing from me, those who made the false statements will be indicted – if our laws are followed. The Government made it "national security" as regards myself – and so it should be "national security" as to those who elected to bring themselves into the "national security" investigation of myself to not be permitted to publish books - at least until the "national security investigation" of myself has ended.

Request for Questions

In addition, please contact me for questioning in these painful "murder" "abuse" "voodoo" and "threats" allegations in the "mass defamation" very important national security secret hearings broadcasted on television/internet equipped with manufactured search and replace videos of me in grotesque images.

Frame Threat Concerns

I have strong concerns about a "frame" being carried out by the MCPD officers in the theft scam – actually begun by The Washington Post Company a few years ago. Please note films are in the making to help carry out the frame – a few examples are parents directing kids to go on my lot, cars parking in front of my unit – some that do not live here, and people have been entering my unit without having permission from me. I have also learned that people involved in the theft scam may have "planted" themselves – possibly at my pool or picnic grounds – for videos that would allege a relationship with me that does not exist. I have for a long time carried notebooks and folders of articles I have collected and things I have written in a suitcase which I bring with me because of the illegal entries and thieving going on in my unit. In just the last few months, I began to see many people start carrying suitcases like I do – possibly they are drug dealers – for the purpose by way of some magical projection to make them have similarities to myself, or simply a suggestion to strangers to observe me with a suitcase and with the help of blackmailing sirens, allude that I, too, am involved in drug dealing when I am not.

And those films – I have learned after more than a year are still being floated on television – films like that make it very easy for people to lie or greatly exaggerate or become comfortable reading a script of lies about me, someone they don't know at all, or in a couple of cases, are related to me. The use of "vault films" I guess they are called – to project a magical subliminal threat to everyone – with the use of look-alikes – people, vehicles. It has been going on around me for 21 years that I was actually aware of it. The threat of "films" about this or that – in my case – look-alikes of people that made me think something had happened to someone - or just cause alarm that someone might lie about me.

At year thirteen (13) (1988 was the year they wanted me to know what was going on – and took over every single office situation I was in) I lost all fear of it all when I learned who was behind the threatening scripted speech and look-alikes – Bob Woodward, joined later by Tony Kornheiser, then much later (unless I was unaware of it), Thomas Friedman and now a few MCPD police – the ones I suspect are Detective Woolsey, Officer Hedgeworth, Detective Ryan, Chief Manger, Officer Peluso.  Also, my former neighbor, Tee-Jay Wood is also involved, and has the same national security (NS) power.

Punishment for Putting Names to American Terrorists

I wrote in 2001 that I felt Bob Woodward was another Robert Hanssen, and things got worse for me.  He scripted by upstairs neighbor, Diane Bandler, into stating I made homicidal threats and called myself a Satan killer when the only conversation on that date was "You'll like the letter, Diane."  And police came to my door, and if I had ever made such "threats"  I should have been "booked" for threats – instead I was taken to the ER – where I had to stay in the hospital for three (3) days.  In this case she states she does not know my name, and we had been neighbors for a year and a half – lie.  The report will be sent (hopefully, later in the week or next week) under separate cover.

Cash Rewards for Information

I am seeking a cash reward for information about myself – nobody remembered to ask me a single question – ,which is further reason to suspect it is a vicious scam – to assure no one believes what I write about the group of Americans involved in the takeover of this country, and their attempted takeover of the world, for better or worse.

I await your public announcement concerning the conspiracy to defraud the United States by a group of Americans, inclusive of a local police force who would stop at nothing to get away with theft, bribery, grandiose false statements, and manufactured videotapes and who willfully and knowingly floated them on nationwide television – who joined a major newspaper in pursuit of taking over our democracy and casting false blame onto me – the one who knows their names.

I plan to forward a formal complaint for damages shortly pro se.

Please forward your response to this letter within seven (7) days of the date of your receipt of this letter and attachments to be sent by certified mail.

Please file and date stamp the copy of the letter enclosed and mail it back in the envelope provided.  Thank you.

Sincerely,
-COPY-
Janet M. Deyerberg

Enclosures

EXHIBIT 7

**The book jacket cover of the book, COMPANY, about a sorcerer and his apprentice in the CIA**

EXHIBIT 8

[Strange deaths/illnesses
Seemingly "celebrated"
in print media]
[A Death Cult]


WASHINGTON POST FRONT PAGE NOTING TIM RUSSERT'S DEATH JULY '08
(with odd posting of flooding resembling deluge of 1993, power
outage occurred morning before)


TIME MAGAZINE COVER OF 2004
(lookalike of neighbor whose brief marriage to Bob Woodward ('04)
was annulled just before "Deep Throat Story" eating bread
depicting a zero ('05) upon information who came down with breast
cancer); above, the death of the football star who enlisted to go
to Afghanistan (one interpretation: apology for War in
Afghanistan)


Wall Street Journal – front page Danny Pearl story next to item
on breast cancer


EXCERPTS FROM TONY KORNHEISER'S BOOK, "I'M BACK FOR MORE CASH";
column(s)
(pages referencing gas, midgets, blindness)

**EXHIBIT 9**

**IN-TAKE SHEET FOR THERAPY FILLED OUT BY PLAINTIFF**

**Intake Form**

Today's Date: _____

Name: _____

Date of Birth: 8/24/54

Address: 9824 Georgia Ave #1102
_____ Silver Spring, MD 20902

Phone: (h) _740 370 7976 (?)

(w) _____

(c) _____ *240 705 0549

Reason you are seeking help: I am the subject of a
invest. and constant slices + other scams
Medications: + a very bad habit compels
constant speech + need to cope w/
knowledge that phony manufactured
Prior Counseling: videographic images have been
spiced + continue to be spiced by
thieves + what I am waiting
Other doctors you are seeing: + so far have not
been permitted the right to an
attorney "NS" Yellow Pages

How did you hear about Dr. Milgraum? _____

List the names and ages of the other people who live in your household: No One

_____

_____

_____

**EXHIBIT 10**

**DOOR MAT OF PLAINTIFF WITH DEATH WRITTEN ON REVERSE SIDE – ON OR ABOUT SUMMER OF 2007**



EXHIBIT 11

Note from Office of Americana Finnmark put by Plaintiff's door
re: water turnoff in her unit – SUMMER 2008

Note was "scripted"; made note of "tiers" rather than "balconies"
– made note of the prime (') symbol and placed zeros (0) in front
of balcony "numbers" –

Hints "suggestive" of source of fumes in condo:  via office note
provided to site manager to put by my door '08 coinciding with
evacuation to patio

The Tiers condominium is up the street – the prime had to do with
stocks – the meaning to Plaintiff was "gasser" lived in the Tiers
– Plaintiff's unit had been maliciously vandalized with gaseous
fumes – hint was shunt in her water-gas line – Weingarten
article, box for "tips" – Mohammad Ali [joke] angry at fan,
dumped hydrocarbons into his water/gas line
"TIPS" Charles Schwalb stock advertisement:  "We only invest in
hard facts" denoted police



# IMPORTANT NOTICE!
## WATER CUT OFF

## 9824 Georgia Avenue
## 02' & 03' Tier Bathrooms

## WEDNESDAY, MAY 28TH
## 9:00AM - 10:00AM

The water will be off in your unit
Wednesday morning for approx one hour
so one of your neighbors may have their
valves replaced.

Please excuse any inconvenience.
Thank you,

Heidi Harris
Site Manager

RD OF DIRECTORS
RICANA FINNMARK CONDOMINIUM
GEORGIA AVENUE /SILVER SPRING MARYLAND 00000

**EXHIBIT 12**

**Proof of Censorship of Plaintiff's emails causing a) loss of job; b) loss of opportunity for book contract, c) contact with media celebrity to clear her name**



Gmail   Calendar   Documents   Photos   Reader   Sites   Web   more ▼          jmariesong@gmail.com | Settings | Older version | Help | Sign out

# Gmail

Search Mail   Search the Web   Show search options   Create a filter

**Gmail runs faster in Google Chrome. I want it, tell me more!**   Dismiss

Business Email Hosting - www.Rackspace.com/email_hosting - 10GB boxes @ $1/month. 24x7 support & 100% Satisfa Sponsored Link   < >

Compose Mail

Inbox (89)
Starred
Sent Mail
Drafts (1)

Personal
Travel
6 more ▼

Contacts

Tasks

Chat

Search, add, or invite

abc abc
Set status here
Brooks, Dora
gilda
gretawire
information
joelwanders
Louise Dugan Weaver...
Regina Wagner
reginawagner
mweaver
verizonweatherdc

Options   Add Contact

Invite a friend
Give Gmail to:

Send Invite   50 left
Preview Invite

« Back to Sent Mail    Archive   Report spam   Delete    Move to Inbox   Labels ▾   More actions ▾          ‹ Newer 17 of 26 Older ›

## I AM THE WOMAN IN THE TRIAL I AM NOT INVITED TO - BEING GASSED

Inbox   x

abc abc to Gretawire, Hannity&Colmes          show details Jun 24   Reply ▾

Dear Greta - H&C -
Here is the "Press Release" I am trying to circulate with difficulty -
I am about out of money - I dropped it all one place and I don't think
they were allowed to read it - why not - it will completely clear my
name - what a horrible smear.

I hope you get this -

Jan

📎 **PRESS RELEASE.doc**
43K  View as HTML  Open as a Google document  Download

Reply    Reply to all    Forward

**Mail Delivery Subsystem**   This is an automatically generated Delivery Status Notificati Jun 24 ›

**Mail Delivery Subsystem** to me          show details Jun 24   Reply ▾

This is an automatically generated Delivery Status Notification

Delivery to the following recipient failed permanently:

     Hannity&Colmes@foxnews.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend
contacting the other email provider for further information about the cause of this error. The error
that the other server returned was: 550 550 Mailbox unavailable or access denied -
<hannity&colmes@foxnews.com> (state 17).

     ----- Original message -----

MIME-Version: 1.0
Received: by 10.231.30.140 with SMTP id u12mr618771ibc.30.1245880457083; Wed,
     24 Jun 2009 14:54:17 -0700 (PDT)
Date: Wed, 24 Jun 2009 17:54:17 -0400
Message-ID: <43723c920906241454h774bbledo4af3d34b0142cb65@mail.gmail.com>
Subject: I AM THE WOMAN IN THE TRIAL I AM NOT INVITED TO - BEING GASSED
From: abc abc <jmariesong@gmail.com>
To: Gretawire@foxnews.com
Cc: "Hannity&Colmes" <Hannity&Colmes@foxnews.com>
Content-Type: multipart/mixed; boundary=0003255513aa13c068046d1f2659

--0003255513aa13c068046d1f2659
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

Show quoted text -
     ----- Message truncated -----

Reply    Forward    Invite Mail Delivery Subsystem to chat

Sponsored Links

Free Email Delivery Guide
Do Your Emails Reach the Inbox?
Download a Valuable Free Guide
Now.
Lyris.com/Email_Deliverability

Fax by Email $ 7.95/month
Your Own Toll Free Fax Number.
No Setup Fee. Free 30 Day Trial!
RapidFAX.com

GoDaddy #1 domain names
$7.99 .COM Domains - Save Today
Inc: Hosting, Blogcast, Email, More
GoDaddy.com

$18/Year Shared Hosting?
Limited Time Offer: 1 Year for $18
Free Domain, Sign Up Now (Read)
WebHostingSphere.com/DreamHost

Email Hosting Provider
Business Class Email Hosting
14 Day Free Trial Included
www.FuseMail.com

Domain Name Registration
Custom Websites, e-Commerce
Web hosting, Custom Software Apps.
www.systemsworks.net

Get more traffic
Web Hosting, Domain, Email
Services and more at rock bottom
prices.
myhostfree.net

Rackmount Storage Server
Become more efficient with Intel®
Xeon® Processor-based servers
www.ServersDirect.com

More about...
Outlook Email Tracking »
Search for Domain »
Email Mass Sender »
Email Bounce »

About these links

« Back to Sent Mail    Archive   Report spam   Delete    Move to Inbox   Labels ▾   More actions ▾          ‹ Newer 17 of 26 Older ›

Search your mail quicker than ever. Download the Google Toolbar, now with Gmail search.  Learn more



Gmail

Search Mail | Search the Web    Show search options
Create a filter

Gmail runs faster in Google Chrome.  I want it, tell me more!    Dismiss

Compose Mail          NYT Global Home - Lens: Showcase  The World, as of 9/10/01 - 10 hours ago                    Web Clip  < >

Inbox (89)          « Back to Sent Mail    Archive  Report spam  Delete  Move to Inbox  Labels  More actions          ‹ Newer 19 of 26 Older ›
Starred
Sent Mail
Drafts (1)          Janscruff - the woman from years ago - now on line again - here is the truth          New window
                                                                                                                       Print all
Personal            Inbox  x                                                                                            Collapse all
Travel              abc abc to gretawire          show details Jun 24          Reply          Forward all
6 more ▼

Contacts            Dear Greta,

Tasks               I hope they let you read this.  I am trying to deliver "notebooks" of
                    "my side" in the police defamation of myself - it is all a lie.  I
                    will attach just a couple of things - and be aware of tamper - they
                    have fashioned voice mails of threat on people's phone lines that I
Chat                never left - and after you read the story you will know that I don't
                    have "Alzheimer's" or anything else.  The MCPD stole all of my
Search, add, or invite   material and are currently stealing more in 2007 - as Detective
                    Woolsey was commissioned by the Washington Post to investigate me -
abc abc             whom Woodward-Kornheiser knew all about anyway - just to "paper"
Set status here     something because I wrote they were taking over the democracy.
Brooks, Dora        Apparently Det. Woolsey authored a book, and as I write "forgot to
gilda               remember" that you can't steal the subject's material and publish a
gretawire           book, get credit and get a movie deal, solicit her employers for funds
information         to invest - and a lot more.  I do not know any police on a personal
joelwanders        level - they have fashioned "search and replace" videography of myself -
Louise Dugan Weaver ..   and you, as a lawyer certainly know, that if Det. Woolsey ever really
Regina Wagner       knew me - he would have had to recuse himself from investigating me by
reginawagner        law.  So it's a big scandal unfolding - and here is just one little
rmweaver            piece of what I wrote - and I hope they let you read it - it's about
verizonweatherdc    Danny Pearl - and you were the one who answered my email to let me
                    know what the letters DAWN were - and for that I thank you again.
Options  Add Contact   Best, Janscruff (got new little Scruffy, Jr. - Scruffy Sr. was 16,
                    deaf, blind and fell out of a grocery cart, and was injured in an
                    accident in which my car was a total loss, had doggie Alzheimer's
                    according to my vet and a probable brain tumor - so please know - that
                    none of the dog videos-lies are true - and I heard that in a last 11th
Invite a friend     hour effort - a cop or two are having their kids state that not only
Give Gmail to:      they know me, but that I beat them - well - none of it is true - and
                    the female named "Hedgeworth" who said I was her lesbian lover - well,
[          ]        I don't even know her first name.  So quite a scandal it is - and I
Send Invite  50 left   hope to be invited on a Fox broadcast to tell my side - I, too, have a
                    vision loss - it causes me severe panic while driving and no longer am
Preview invite          able to drive on Beltway - they just made it all up.  Hope you are
                    well and can't watch TV - got cable the other day because of the
                    digital transition,  but to watch it is still too painful for me -
                    hope to meet you one day and speak about the whole nightmare - still
                    going on.  And no, I have never dated a famous man or a cop - I guess
                    people have dark secrets they don't want anyone to know - it was me
                    and Scruff for years - my only friend - (now new little pup I am
                    raising)  I had Scruff Sr. stuffed - taxidermy.  Janet M. Deyerberg -
                    "Janscruff"  Be aware - email, voice, other tamper -
                    "Scruffjan" - and now JMariasong -

                    📄 PELUSO - PEARL.doc
                    51K  View as HTML  Open as a Google document  Download

                    Reply    Forward

                    Mail Delivery Subsystem to me          show details Jun 24          Reply

                    This is an automatically generated Delivery Status Notification

                    Delivery to the following recipient failed permanently:

                      gretawire@foxnews.com

                    Technical details of permanent failure:
                    Google tried to deliver your message, but it was rejected by the recipient domain. We recommend
                    contacting the other email provider for further information about the cause of this error. The error
                    that the other server returned was: 550 550 Mailbox unavailable or access denied -
                    <gretawire@foxnews.com> (state 14).

                    ----- Original message -----

                    MIME-Version: 1.0
                    Received: by 10.231.30.140 with SMTP id u12mr596157ibc.30.1245876312705; Wed,
                     24 Jun 2009 13:45:12 -0700 (PDT)
                    Date: Wed, 24 Jun 2009 16:45:11 -0400
                    Message-ID: <43723c920906241345p55c86e0dg5be062c34011cdc7@mail.gmail.com>

EXHIBIT 13

Photo of cement circular patches placed on her patio while she was taking a shower the night of 9/10/08 during the authorized 24/7 police surveillance

Photo of cement circular patches on K Street Plaintiff noted for the first time on 9/11/08, soon thereafter same patches noted in front of Staples Office supply store down block

'09 same cement patches placed in covered outdoor hallway by unit wall (24/7 police surveillance)



C   _nt patches
on K Street
9—08

Cement patches placed in my patio
night of 9-10-08 —MCPD surveilled —
directed

EXHIBIT 14

**Statement from Neighbor that His Grandson [could have been brought into Plaintiff's unit for filming]**

**Note:   Grandson related to a police officer; unit is under authorized 24/7 police surveillance.**

AFFIDAVIT

I, Irene ~~McCarthy~~, do hereby state that Janet Deyerberg, of 9824 Georgia Avenue, #102, did not abuse my son, and that any statements made to the contrary were scripted by a third party.

That my son could hav e been brought into her unit for "filming".

_____

IRENE MCCARTHY

*Carpenter*

DATE *18 JAN 2010*

*1) George C Carpenter, grandfather of Justin D. Carpenter*

EXHIBIT 15

Thank you notes from deceased brother's daughter, Laura for her gifts 2009, 2010

Informal Affidavit prepared by Plaintiff returned, signed by niece, her mother and grandmother 2010

Photos of niece labeled "2009-10" enclosed with thank you note.

1/09

Dear Aunt Joan,

I want to thank you for the cool shirt, scarf, and purse. I really like them a lot. It was good to hear from you. I'm so sorry that Scruffy died, but he's feeling no pain now. I have been using the music books. I'm still playing the piano. I'm also playing flute in the school concert band. School is keeping me very busy. I'm in a lot of hard honors classes which is good for getting into a good college. I hope you like your Christmas present that I enclosed. I hope to see you soon.

Love,
Laura

*Thank you*
*for the Christmas gift*
*and the thought*
*behind it, too--*
*It really meant*
*so very much*
*because it came from you.*



Thanks for the Gift



Dear Aunt Janet,

Thank you for sending me my Christmas and birthday presents. I really like the shirt, necklace, and purse. Thanks for thinking of me! I'm so glad that you got another dog! I bet Scruffy Jr. is adorable and keeps you busy.

This past year in school, I am in the marching band and wind ensemble (playing five). In rocking band, we won first place in the Bands of America competition at Towson University. Bands from all the way in South Carolina and New York competed alongside with us. Every member of our band received two medals. One was for placing first in the preliminaries and the other was for placing first in the finals.

I am taking Latin again this year and have been in several certamens (Latin competitions that are like It's Academic). My team has been doing and placing in the top two. High school is really keeping me busy.

Just had to send this Thank You card
and write a line or two
in true appreciation
of the kindness shown by you.

With Warmest Wishes

Enclosed, you will find the affidavit. It's signed and I hope this helps. Thanks again for thinking of me.

Love,
Laura

Laura
2009 - 2010

Laura
2009 - 2010

AFFIDAVIT

I, Laura Deyerberg, in conjunction with my mother
and grandmother, do hereby state that my Aunt Janet
never abused me, and that I do not even know her, really.

The last time I saw her was when she visited my Dad's
grave, and my grandmother drove me and she drove herself.

That was May 7, 2006.  She then drove home, to her house.

I wish to say that any statements to the contrary were
directed by a third party.

SIGNED _*Laura Deyerberg*_

DATE _*January 10, 2010*_

APPROVED _*Jim Deyerberg   Aileen Deg*_
          Parent/Grandparent

RHR

[AUTHORED BY JANET M. DEYERBERG]